

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **Jaimini A. Vyas**<br>Phone: 212-356-2079<br>Email: jvyas@law.nyc.gov |

April 23, 2024

**BY ECF**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square, Courtroom 619
New York, NY 10007

        Re:   *Franklin Mendez v. Molly W. Park et ano.*, 24-cv-2486-ER

Dear Judge Ramos:

      This office represents Molly Park, in her official capacity as Commissioner of the New York City Department of Social Services, and the City of New York (collectively, "Defendants") in the above-captioned action. I write respectfully to request a one-week extension, *nunc pro tunc*, from the original deadline of April 22, 2024 until April 30, 2024, for Defendants to respond to Your Honor's Order to Show Cause, ECF 8. I make this request for additional time to respond because the Law Department received the Order by mail on April 22, 2024, and it was then transmitted to my division for assignment today, April 23, 2024.[1] In light of the time-sensitive nature of this request, I have not communicated with *pro se* Plaintiff to obtain his consent. This is Defendants' first request for an extension of time.

      Thank you for Your Honor's consideration of this submission.

                                                                   Respectfully submitted,

                                                                   /s/Jaimini Vyas
                                                                   Jaimini A. Vyas
                                                                   Assistant Corporation Counsel

---

[1] The docket apparently reflects that a copy of the Order was mailed to my office on or about April 18, 2024. *See* April 18, 2024 text docket entry.

cc: **By ECF and US mail**
*Pro se* Plaintiff
Franklin Mendez
Help USA Shelter
C-346
111 Suken Garden Loop
New York, NY 10035