

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Jaimini A. Vyas**
*Assistant Corporation Counsel*
Phone: 212-356-2079
Email: jvyas@law.nyc.gov

May 8, 2024

**BY ECF**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square, Courtroom 619
New York, NY 10007

        Re:   *Franklin Mendez v. Molly W. Park et ano.*, 24-cv-2486-ER

Dear Judge Ramos:

      This office represents Molly Park, Commissioner of the New York City Department of Social Services, and the City of New York in the above-captioned action. I write respectfully to request an extension of approximately 45 days to respond to the Complaint in this matter from the original date of May 13, 2024, until June 27, 2024.[1] If granted, the extension will enable my office to adequately address the allegations in the Complaint. At this time, Defendants anticipate filing a motion to dismiss the Complaint. This is Defendants' second request for an extension in this matter. Your Honor granted Defendants' first request to respond to Plaintiffs' motion for a preliminary injunction. No other existing deadlines in the case would be impacted by the requested extension. *Pro se* Plaintiff consents to this request.

      Thank you for Your Honor's consideration of this request.

---

[1] I have calculated May 13, 2024 to be the original date to respond to the Complaint because Ms. Park was served with the Summons and Complaint at the offices of the Department of Social Services on April 22, 2024. However, the City of New York has not been properly served at 100 Church Street, New York, NY 10007.

Respectfully submitted,

_____
*Jaimini A. Vyas*
*Assistant Corporation Counsel*

cc: **By ECF and email**
    *Pro se* Plaintiff
    Franklin Mendez
    fmendez3327@gmail.com
    +1 646-641-6805
    Help USA Shelter
    C-346
    111 Suken Garden Loop
    New York, NY 10035

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANKLIN MENDEZ,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>-against-<br><br>MOLLY WASLOW PARK, COMMISSIONER OF NEW YORK CITY DEPARTMENT OF SOCIAL SERVICES, and THE CITY OF NEW YORK,<br><br>　　　　　　　　　　　　Defendants. | Case No. 24-cv-2486-ER<br><br>**CERTIFICATE OF SERVICE** |

　　　I, Jaimini Vyas, declare under penalty of perjury and, pursuant to 28 U.S.C. § 1746, that I served upon *pro se* Plaintiff, Mr. Franklin Mendez, with his consent, at his email address fmendez3327@gmail.com, a copy of Defendants' letter request for an extension of 45 days to response to the Complaint filed in this action from the original date of May 13, 2024, to June 27, 2024.

Dated:　　May 8, 2024
　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　**HON. SYLVIA O. HINDS-RADIX**
　　　　　　　　　　　　　　　　　　　　　　*Corporation Counsel of the City of New York*
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendants
　　　　　　　　　　　　　　　　　　　　　　100 Church Street
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10007
　　　　　　　　　　　　　　　　　　　　　　212-356-2079

　　　　　　　　　　　　　　　　　　By:　_____
　　　　　　　　　　　　　　　　　　　　　　Jaimini A. Vyas
　　　　　　　　　　　　　　　　　　　　　　*Assistant Corporation Counsel*

1