UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANKLIN MENDEZ,

              Plaintiff,

– against –

MOLLY WASLOW PARK, COMMISSIONER OF NEW YORK CITY DEPARTMENT OF SOCIAL SERVICES, and THE CITY OF NEW YORK,

              Defendants.

**ORDER**

24-cv-2486 (ER)

Ramos, D.J.:

    For the reasons set forth on the record at the May 9, 2024 hearing, the plaintiff's request for a preliminary injunction (Doc. 3) is DENIED.

    It is SO ORDERED.

Dated:  May 10, 2024
           New York, New York

                                                  Edgardo Ramos, U.S.D.J.