Franklin Mendez
Help USA Shelter Apt. C-3-16
111 Sunken Garden Loop
New York, New York 10035
646-641-6805
fmendez3327@gmail.com

SDNY [illegible stamp]

2024 JUL 23  AM 9: 45

July 18, 2024

Via - Pro Se Office Southern District Office
Honorable Edgardo Ramos
Thurgood Marshall Court Room 619
United States Courthouse
40 Foley Square
New York, New York 10007

Re: Mendez v. Molly Wasow Park, et al., 24-cv-2486

**Urgent Request for Extension: Retaliation, ADA Violations, and Failure to Address Housing Needs by Shelter Staff**

Dear Judge Ramos,

I am writing to respectfully request a fourteen-day extension to file a reply to defense counsel's 24-page response dated July 8, 2024, regarding my urgent request for intervention concerning retaliation, ADA violations, and the failure to address housing needs by shelter staff. Given the length of the response and my disability, I require additional time to adequately prepare my reply. Please note this extension is requested from the date of this writing July 18, 2024.

I appreciate the court's understanding and consideration of this unusual request. I assure you that such a request will not recur.

Thank you very much for your time and attention to this important matter.

Respectfully,
Franklin Mendez

CC:
Jaimini Vyas, Esq.
Government Attorney
New York City Law Department
100 Church Street
New York, New York 10007

FRANKLIN MENDEZ
111 SUNKEN GARDEN LOOP
APT. 316
N.Y. N.Y. 10035

USM3
SDNY

2024 JUL 23 AM 9:45

NEW YORK NY 100

PRO-SE OFFICE
SOUTHERN DISTRICT COURT
U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312