UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANKLIN MENDEZ,

                Plaintiff,

– against –

MOLLY WASLOW PARK, COMMISSIONER OF NEW YORK CITY DEPARTMENT OF SOCIAL SERVICES, and THE CITY OF NEW YORK,

                Defendants.

**ORDER**

24-cv-2486 (ER)

Ramos, D.J.:

On August 12, 2024, the Defendants filed a motion to dismiss the first amended complaint. *See* Docs. 35–37. Defendants did not submit any evidence showing they served a copy of the motion to Mendez, who is proceeding *pro se*.

Mendez is directed to file his opposition, if any, to the Defendants' motion by October 3, 2024. Defendants are directed to file their reply by October 10, 2024. The Clerk of Court is respectfully directed to mail a copy of this order, as well as Docs. 35–37, to Mendez.

It is SO ORDERED.

Dated:   September 3, 2024
          New York, New York

                                                          Edgardo Ramos, U.S.D.J.