UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANKLIN MENDEZ,<br><br>                Plaintiff,<br><br>– against –<br><br>MOLLY WASLOW PARK, COMMISSIONER OF NEW YORK CITY DEPARTMENT OF SOCIAL SERVICES, and THE CITY OF NEW YORK,<br><br>                Defendants. | **ORDER**<br><br>24-cv-2486 (ER) |

Ramos, D.J.:

      Mendez' opposition to Defendants' motion to dismiss is currently due on December 2, 2024. Doc. 40. Defendants are directed to file their reply by December 9, 2024.

      It is SO ORDERED.

Dated:   October 11, 2024
           New York, New York

                                                                   Edgardo Ramos, U.S.D.J.