**Department of Homeless Services**

**Case File Print**

| Case Number: 22905521 | Service Type: Shelter | Generation Date/Time: 02/03/2025 03:53 PM |

**Case Home Page:**

| Last Modified: 03/13/2024 06:25 PM | | |
|---|---|---|
| Head of Case: Franklin Mendez | Case Type: Single Adult | Service Type: Shelter |
| Case Composition: 1/0 | Case Status: Open | Case Owner: KMALCOLM-CP |
| Reserved: | Reserved: | Reserved: |
| Case Close Date: | Case Closure Reason: Program Assignment | Application Type: New |
| Application Date: 02/21/2024 | Application Status: Completed | IN Assessment: |
| Hold Type: | Hold End Date: | Case Outcome: Eligible |
| Case Outcome Date: 02/21/2024 01:11 PM | Long Term Stayer: No | Medical Dependent on Case: No |
| Official Shelter: | | |

Case Composition



**Department of Homeless Services**

| Name | Date of Birth | Age | Gender | SSN | Relationship to HoC |
|------|---------------|-----|--------|-----|---------------------|
| Franklin Mendez | ██1976 | 48 | Man / Boy | ██5080 | Head of Case/Self |

Case Composition History

| Name | Relationship to HoC | Effective From | Effective To |
|------|---------------------|----------------|--------------|
| Franklin Mendez | Head of Case/Self | 02/21/2024 | |

Recent Events

| Event Type | Description | Date/Time | Created By |
|------------|-------------|-----------|------------|
| ██████ | ██████ | ██████ | ██████ |
| ██████ | ██████ | ██████ | ██████ |
| ██████ | ██████ | ██████ | ██████ |
| ██████ | ██████ | ██████ | ██████ |
| ██████ | ██████ | ██████ | ██████ |

 **Department of Homeless Services**

| Last Modified: 01/27/2025 06:55 AM | | |
|---|---|---|
| Type: Housing Note | Method of Contact: Other | Created By: LAMTHOMAS-CP |
| Date Created: 01/27/2025 06:55 AM | Event Date:  01/24/2025 | |

Note History:
author
Lamar Thomas
01/27/2025 06:55:51 AM
On 1/24/2024 HS, Mr. Thomas escorted client Franklin Mendez on a housing tour. The viewing was at 261 Edgecombe Ave, Bronx, Ny 10031. The unit was provided by Anthos homes. This is the second unit provided by Anthos in a 2-week period. The first unit was located at 2967 3rd Ave Bronx, NY. The client rejected the apartment stating it was too small for his lifestyle. In my professional opinion both units were well suited for the client. The client decision to reject both apartments was very alarming to me because both were a suitable size for a single male. The apartments had enough space to fit a full-size bed along with additional furniture such as a kitchen table and a dresser draw. The bathroom and tub were suitable for the client's needs and impaired vision. The client made a comment stating that he would rather live in the shelter for the next 10 years before he moves into a studio apartment. The client stated he's not leaving the shelter system until he has an apartment with separate bedrooms. According to the HD of housing, the client has been provided with several different opportunities from Sept 2024 to current. VOA offered the client multiple housing opportunities starting from 9/20, 9/25, 10/17, 10/29, 11/1, 11/06/24 for the supportive housing unit located at 23 East 119th St. The client was also offered a housing opportunity with Muhlenberg residence located in Brooklyn, NY. The client failed to attend any of the VOA SRO appointments for the date above. Franklin Mendez insisted on being considered for supportive housing and has yet accepted anything from supportive housing. In my opinion, Franklin Mendez is self-sabotaging every housing opportunity that comes along. The client made a comment to me and the broker who showed him the unit stating "he is going to stay in shelter for the next 10 years if we don't find him an apartment with all separate rooms. However, in the case of the last 2 units, they where suitable enough



for a single male or even a family of two. HS, Mr. Thomas explained to the client that upon DHS rules and regulations all clients must seek and accept the first suitable housing opportunity that comes along. Franklin Mendez explained to me that he doesn't care about that. The client stated he wants what he wants and if he can't get that, then he stated he is going to contact DHS and file another complaint. The social service team along with the housing team has done our due diligence in providing Franklin Mendez with multiple housing opportunities which the client either failed to show up for or just blatantly refused. Hs, Mr. Thomas will continue to help and assist the client with his housing plan until the client has permanent housing.

| Last Modified: 01/25/2025 01:46 PM | | |
|---|---|---|
| Type: Unit Inspection | Method of Contact: Other | Created By: KMALCOLM-CP |
| Date Created: 01/25/2025 01:46 PM | Event Date:  01/23/2025 | |
| Note History:<br>author<br>Korey Malcolm<br>01/25/2025 13:46:42 PM<br>HelpSec's social service dorm inspection was conducted on 1/23/2025. CM Malcolm observed the client's room to be in great condition. The client is tasked to Maintain a clean, uncluttered and hazard-free bed while residing at the shelter. Assigned Case worker will thoroughly inspect client's unit to determine if client has encouraged himself to practice environmental etiquette. | | |

| Last Modified: 01/25/2025 11:13 AM | | |
|---|---|---|
| Type: Progress Note | Method of Contact: Other | Created By: KMALCOLM-CP |
| Date Created: 01/25/2025 11:13 AM | Event Date:  01/25/2025 | |



**Department of Homeless Services**

Note History:
author
Korey Malcolm
01/25/2025 11:13:04 AM
On 1/25/2025, CM Malcolm spoke to Mr. Franklin Mendez briefly about his scheduled Cityfheps housing unit that he visited yesterday with HS Thomas on 1/24/2025. According to his decision of the unit, the client stated that he was not interested and declined the unit. The client's case is considered challenging as Mr. Mendez failed to accept the first suitable housing offer, despite all services requested of what he seeks. DSS Dixon requests a DHS case conference for client Franklin Mendez. The client continues to refuse suitable housing. With all client requests, we secured the client a housing unit; however, he denied the unit, posing a challenge to his case.

| Last Modified: 01/24/2025 11:44 AM | | |
|---|---|---|
| Type: Supervisory Review | Method of Contact: Other | Created By: ACKEEMDIX-CP |
| Date Created: 01/24/2025 11:41 AM | Event Date: 01/24/2025 | |

Note History:
author
Ackeem Dixon
01/24/2025 11:41:05 AM
DSS Dixon requests a DHS case conference for client Franklin Mendez. The client continues to refuse suitable housing. Today, the client attended a studio apartment in the Bronx at 267 Edgecombe Ave, New York, NY 10031, with the housing team. The client has various requests for the unit, which have been met with this unit. The unit, which is in Manhattan, is close to all services as requested by the client and close to transportation. With all client requests, we secured the client a housing unit; however, he denied the unit, posing a challenge to his case.
author



**Department of Homeless Services**

| | |
|---|---|
| Ackeem Dixon<br>01/24/2025 11:44:36 AM<br>DSS Dixon requests a DHS case conference for client Franklin Mendez. The client continues to refuse suitable housing. Today, the client attended a studio apartment in the Manhattan at 267 Edgecombe Ave, New York, NY 10031, with the housing team. The client has various requests for the unit, which have been met with this unit. The unit, which is in Manhattan, is close to all services as requested by the client and close to transportation. With all client requests, we secured the client a housing unit; however, he denied the unit, posing a challenge to his case. | |

| Last Modified: 01/21/2025 06:37 PM | | |
|---|---|---|
| Type: Progress Note | Method of Contact: In Person - Walk In | Created By: KMALCOLM-CP |
| Date Created: 01/21/2025 06:37 PM | Event Date:  01/21/2025 | |

Note History:
author
Korey Malcolm
01/21/2025 18:37:51 PM
On 1/21/2025, CM Malcolm was escorted with DHSPD Garcia to locate Mr. Franklin Mendez. The client was located at his dorm area which he is placed in cottage 3 bed 16. The client was respectful, attentive and respectful throughout the engagement. The client stated that he was pleased to see his assigned case worker. The client gave verbal consent to enter his dorm room to notify his upcoming housing viewing on 1/24/2025. The scheduled house viewing is located at at 267 Edgecombe Ave. It is imperative for the client to arrive on time as the viewing starts. Friday morning at 11:30am on January 24,2025. Mr. Thomas (Housing specialist) will assist you with your viewing. The client stated that he managing well. The client stated that he plans to relax for a bit before heading out today. The client stated that he was exiting his room to sign for his bed before heading back to his room. The client stated that he resumes his classes for John Jay early in 2025.  Mr. Mendez was reminded that HELPSEC does not penalize any clients and reminded him that our shared goal is to find him



**Department of Homeless Services**

suitable permanent housing. Client reports no changes. The client reports no additional accommodation while residing at the shelter. The client confirms that he is functioning at an optimal level. Mr. Mendez has a newly updated CITYFHEPS shopping letter as it is valid until December 2024. CM Malcolm informed the client that the housing team is working on getting him Suitable permanent residence. CM Malcolm along with social services/housing staff will continue to assist the client with his housing plan until the client has suitable housing. CM Malcolm reassured the client of his progress and appreciated the support of his service at HELPSEC. CM Malcolm and HS Thomas will continue to assist the client with permanent housing. CM Malcolm utilized client-centered techniques along with motivational interviewing. The client stated that the information was informative and appreciated the conversation with his assigned case worker. CM Malcolm reminded the client that social service conducted a dorm inspection on 1/16/2025. According to CM Malcolm's observations, the client's room was in great condition. CM Malcolm utilized client-centered and motivational interviewing skills to ensure progress towards permanent housing.

The following services were addressed to complete Mr. Mendez's Walk-in ILP Tele-session review with CM Malcolm on 1/21/2025.

LEGAL SERVICES: Client is to attend appointments with Probation Officer, identify legal needs and Inform caseworker of any legal problems that occur which may present a barrier to independent living.

Entitlements/Benefits: Mr. Mendez is tasked to apply for benefits/entitlement and attend appointments as scheduled. The client reports that his PA case was closed. The client has a recent/valid copy of his award letter.

Rehousing Strategy/ Housing: Mr. Mendez is housing ready. The client has an active CITYFheps housing voucher. clients are tasked to work jointly with social services and housing staff while residing at the shelter. The client has an active PA case and is housing ready. The scheduled house viewing is located at at 267 Edgecombe Ave. It is imperative for the client to arrive on time as the viewing starts. Friday morning at 11:30am on January 24,2025. Mr. Thomas (Housing specialist) will assist you with your viewing.

 **Department of Homeless Services**

RULES AND REGULATIONS: The client is to adhere to all shelter rules and regulations, including but not limited to the client code of conduct, the client acknowledgment of responsibility form, and adhering to the curfew mandates by signing for his assigned bed nightly at 11:00pm. You must exit sleeping quarters, dorm area by 8:00am Monday-Friday and when asked by staff. Smoking inside the facility is prohibited. The client must practice a clean and sober program.

HEALTH AND SAFETY: The client is tasked to Maintain a clean, uncluttered and hazard-free bed while residing at the shelter. Assigned Case worker will thoroughly inspect client's unit to determine if client has encouraged himself to practice environmental etiquette. A dorm inspection was conducted to determine the condition of Mr. Mendez's dorm area. The client room was in pristine condition. The client was reminded of the importance of keeping his room clean. It is imperative for the safety and well-being of all individuals at HELPSEC shelter that everyone follows the rules in place. By issuing notices to those who are not complying, social services hope to reinforce the importance of respecting the guidelines and creating a safe environment for all.

EMPLOYMENT: The client reports that he is unable to work due to his blindness/medical perturbations.

HOUSING: Client is tasked with the housing specialist and attends all scheduled tours. The client is considered compliant and gave verbal consent to meet with HS Thomas for potential housing opportunities. The client is tasked to meet with HS Thomas. Franklin Mendez has rejected several offers of housing and seems to offer additional demands on his failure to accept suitable housing. Client is considered non-compliant.

MEDICAL: Client is tasked to maintain health benefits i.e. Medicaid; attend all required appointments with providers, medications. The client provided a copy of his medical evaluation and psych-evaluation punctually to CW Malcolm.

MEETINGS: Client is tasked to attend all scheduled meetings and notify caseworker Malcolm when unable to keep a scheduled appointment. Mr. Mendez is scheduled to meet with assigned CM Malcolm on 2/8/2025.


**Department of Homeless Services**

| Last Modified: 01/21/2025 06:23 PM | | |
|---|---|---|
| Type: Housing Note | Method of Contact: In Person - Scheduled | Created By: KMALCOLM-CP |
| Date Created: 01/21/2025 06:23 PM | Event Date:  01/21/2025 | |

Note History:
author
Korey Malcolm
01/21/2025 18:23:29 PM
ON 1/21/2025 at 5:55pm, CM Malcolm was escorted by DHSPD Garcia to speak to inform Mr. Franklin Mendez of is upcoming housing viewing on 1/24/2025. The housing viewing is located at 267 Edgecombe Ave. CM Malcolm informed Mr. Mendez to please arrive on time as the viewing starts this week Friday morning at 11:30am on January 24,2025. Mr. HS Thomas/HS Rodriguez will escort and aide the client to his scheduled housing viewing. Client was respectful and and attentive during the housing progress session.

Mr. Isaac ( organizer for housing viewing) can be contacted at 646-313-2187. Thank you.

| Last Modified: 01/11/2025 09:29 AM | | |
|---|---|---|
| Type: Progress Note | Method of Contact: In Person - Scheduled | Created By: KMALCOLM-CP |
| Date Created: 01/11/2025 09:29 AM | Event Date:  01/11/2025 | |

Note History:
author
Korey Malcolm



**Department of
Homeless Services**

01/11/2025 09:29:19 AM

On 1/11/2025, CM Malcolm contacted Mr. Franklin Mendez to conduct a scheduled in-ILP tele-session review.  The client stated that he managing well. The client stated that he plans to relax for a bit before heading out today.  The client stated that he resumes his classes for John Jay early in 2025.  Mr. Mendez was reminded that HELPSEC does not penalize any clients and reminded him that our shared goal is to find him suitable permanent housing. Client reports no changes. The client reports no additional accommodation while residing at the shelter. The client confirms that he is functioning at an optimal level.  Mr. Mendez has a newly updated CITYFHEPS shopping letter as it is valid until December 2024. CM Malcolm informed the client that the housing team is working on getting him Suitable permanent residence. CM Malcolm along with social services/housing staff will continue to assist the client with his housing plan until the client has suitable housing. CM Malcolm reassured the client of his progress and appreciated the support of his service at HELPSEC. CM Malcolm and HS Thomas will continue to assist the client with permanent housing. CM Malcolm utilized client-centered techniques along with motivational interviewing. The client stated that the information was informative and appreciated the conversation with his assigned case worker.  CM Malcolm reminded the client that social service conducted a dorm inspection on 1/9/2025. According to CM Malcolm's observations, the client's room was in great condition. CM Malcolm reminded the client of his failure to attend the scheduled house viewing coordinated by Ms. Elsa Rose Farnam from Anthos home.  The unit is located at 2976 Third Avenue, Bronx, New York, 10455. The client declined to comment and stated that he was "not interested".  Franklin Mendez has rejected several offers of housing and seems to offer additional demands on his failure to accept suitable housing.


The following services were addressed to complete Mr. Mendez's Walk-in ILP Tele-session review with CM Malcolm on 1/11/2025.

LEGAL SERVICES:  Client is to attend appointments with Probation Officer, identify legal needs and Inform caseworker of any legal problems that occur which may present a barrier to independent living.

Entitlements/Benefits: Mr. Mendez is tasked to apply for benefits/entitlement and attend appointments as scheduled. The client reports that his PA case was closed. The client has a recent/valid copy of his award letter.



Rehousing Strategy: Mr. Mendez is housing ready. The client has an active CITYFheps housing voucher. clients are tasked to work jointly with social services and housing staff while residing at the shelter. The client has an active PA case and is housing ready.

RULES AND REGULATIONS: The client is to adhere to all shelter rules and regulations, including but not limited to the client code of conduct, the client acknowledgment of responsibility form, and adhering to the curfew mandates by signing for his assigned bed nightly at 11:00pm. You must exit sleeping quarters, dorm area by 8:00am Monday-Friday and when asked by staff. Smoking inside the facility is prohibited. The client must practice a clean and sober program.

HEALTH AND SAFETY: The client is tasked to Maintain a clean, uncluttered and hazard-free bed while residing at the shelter. Assigned Case worker will thoroughly inspect client's unit to determine if client has encouraged himself to practice environmental etiquette. A dorm inspection was conducted to determine the condition of Mr. Mendez's dorm area. The client room was in pristine condition. The client was reminded of the importance of keeping his room clean. It is imperative for the safety and well-being of all individuals at HELPSEC shelter that everyone follows the rules in place. By issuing notices to those who are not complying, social services hope to reinforce the importance of respecting the guidelines and creating a safe environment for all.

EMPLOYMENT: The client reports that he is unable to work due to his blindness/medical perturbations.

HOUSING: Client is tasked with the housing specialist and attends all scheduled tours. The client is considered compliant and gave verbal consent to meet with HS Thomas for potential housing opportunities. The client is tasked to meet with HS Thomas. Franklin Mendez has rejected several offers of housing and seems to offer additional demands on his failure to accept suitable housing. Client is considered non-compliant.

MEDICAL: Client is tasked to maintain health benefits i.e. Medicaid; attend all required appointments with providers, medications. The client provided a copy of his medical evaluation and psych-evaluation punctually to CW Malcolm.



**Department of Homeless Services**

MEETINGS: Client is tasked to attend all scheduled meetings and notify caseworker Malcolm when unable to keep a scheduled appointment. Mr. Mendez is scheduled to meet with assigned CM Malcolm on 1/25/2025.

| Last Modified: 01/10/2025 06:47 PM | | |
|---|---|---|
| Type: Housing Note | Method of Contact: Other | Created By: HBOATENG-CP |
| Date Created: 01/10/2025 06:47 PM | Event Date:  01/10/2025 | |
| Note History:<br>author<br>Harriet Boateng<br>01/10/2025 18:47:03 PM<br>On 1/3/2025 client Franklin Mendez was scheduled to view an apartment coordinated by Elsa Rose Farnam from Anthoshome.  The unit is located at 2976 Third Avenue, Bronx, New York, 10455.  The client exited the facility early in the morning without waiting for the housing team to escort him to the viewing. HD, Ms. Boateng following up on the outcome of the viewing with Ms. Farnam; and according to Ms. Farnam, Franklin Mendez declined the offer of the studio apartment and stated it was too small and preferred something in Manhattan instead of the Bronx.  Franklin Mendez has rejected several offers of housing and seems to offer additional demands on his failure to accept suitable housing. | | |

| Last Modified: 12/31/2024 04:49 PM | | |
|---|---|---|
| Type: Housing Note | Method of Contact: Other | Created By: ARAMEK-CP |
| Date Created: 12/31/2024 04:49 PM | Event Date:  12/31/2024 | |
| Note History: | | |


**Department of Homeless Services**

author
Arame Kebe
12/31/2024 16:49:48 PM
Client housing ready. Mr. Franklin Mendez receives SSDI and has an active public assistance case. Client has no reported history of substance abuse or SMI, therefore supportive housing is not recommended. 2010E was submitted for client and he was recommended for independent living and affordable housing. Mr. Mendez is a registered sex offender on parole. Client has a valid CityFHEPS shopping letter in CARES. Client is at stage 3 of his housing process. Mr. Mendez is to seek for housing independently and jointly with the housing team. The client is to meet with the housing team to update the housing track. The client is to maintain public assistance and SSD/SSI as applicable to be listed as housing ready. The client is to provide proof of income and benefits to the housing team and assigned worker to develop his rehousing plan. The client-assigned case manager and housing specialist is to collaborate to address any barriers to the client's housing, along with creating a housing profile.

| Last Modified: 12/31/2024 04:45 PM | | |
|---|---|---|
| Type: Supervisory Review | Method of Contact: Other | Created By: ARAMEK-CP |
| Date Created: 12/31/2024 04:45 PM | Event Date:  12/31/2024 | |

Note History:
author
Arame Kebe
12/31/2024 16:45:47 PM
ADSS Kebe reviewed the client case in CARES today, 12/31/2024. The client is compliant with meeting with his assigned worker. The assigned worker has updated client case sections on employment/income, housing, medical, benefits, or as applicable. The client is to maintain an active PA case and seek suitable housing while living in the shelter.  The client is to adhere to all shelter rules and regulations along with the code of conduct. The client is to meet with his assigned worker at



least once a week. The client is to follow up with the housing team and seek suitable housing. A comprehensive review of clients' charts and CARES will be conducted in January, and recommendations will be made to address any barriers towards permanent housing.

| Last Modified: 12/28/2024 11:25 AM | | |
|---|---|---|
| Type: Progress Note | Method of Contact: In Person - Scheduled | Created By: KMALCOLM-CP |
| Date Created: 12/28/2024 11:25 AM | Event Date:  12/28/2024 | |

Note History:
author
Korey Malcolm
12/28/2024 11:25:28 AM
On 12/28/2024, CM Malcolm contacted Mr. Franklin Mendez to commence a wellness check along with conducting a scheduled in-ILP tele-session review.  The client stated that he is having a decent day. The client stated that he plans to relax for the remainder of the day due to inclement rain weather. The client stated that his classes have halted at John  Jay due to the winter school break.  Mr. Mendez was reminded that HELPSEC does not penalize any clients and reminded him that our shared goal is to find him suitable permanent housing. Client reports no changes at this time. The client reports no additional accommodation while residing at the shelter. The client confirms that he is functioning at an optimal level.  Mr. Mendez has a newly updated CITYFHEPS shopping letter as it is valid until December 2024. CM Malcolm informed the client that the housing team is working on getting him Suitable permanent residence. CM Malcolm along with social services/housing staff will continue to assist the client with his housing plan until the client has suitable housing. CM Malcolm reassured the client of his progress and appreciated the support of his service at HELPSEC. CM Malcolm and HS Thomas will continue to assist the client with permanent housing. CM Malcolm utilized client-centered techniques along with motivational interviewing. The client stated that the information was informative and appreciated the conversation with his assigned case worker.  CM Malcolm



**Department of Homeless Services**

reminded the client that social service will conduct a dorm inspection on 1/2/2025. According to CM Malcolm's observations, the client's room was in great condition. The client is considered compliant and continues to encourage environmental etiquette. The client stated that he enjoyed Christmas with his peers. The client stated that he is hopeful of exiting the shelter by 2025.

Current Reasonable accommodations:

Condition requires location-based placement ( Manhattan )- The client RA was fulfilled at HELPSEC due to the facility being located in Manhattan.

Placement in elevator building or first floor- The client RA was fulfilled at HELPSEC due to being placed on the first floor. Reduced Density Placement- The client's RA was fulfilled at HELPSEC due to being placed in a single room.

Flexible scheduling for in-shelter appointments- A specific time and day of the week was agreed upon for the client to meet with social services and housing.

Additional aid in reading forms- Client-assigned workers assist the client with reading his forms; however, most of the time, the client states he will have his advocate review the forms with him.

Seek aid in completing forms- Client-assigned workers assist the client with completing his forms; however, most of the time, the client states he will have his advocate go over the forms with him and complete the forms on his behalf.

Provide assistance to individuals who are blind or have low vision- Client-assigned workers or site leaders follow up with the client for any immediate needs or just to see how the client is doing on that particular day.

Accessible transportation between facilities- The client's transportation concerns were resolved with Access-A-Ride.



**Department of Homeless Services**

HELPSEC social services/housing team is actively searching for the units based on the following Rehousing strategy to assist the client with exiting the shelter permanently while keeping the client's reasonable accommodation in consideration.

• Rehousing Strategy—CityFHEPS
• Rehousing Strategy—Supportive Housing
• Rehousing Strategy—Affordable Housing
The following services were addressed to complete Mr. Franklin Mendez's scheduled ILP review in room 183 with CM Malcolm.  The ILP form was read and explained thoroughly to Mr. Franklin Mendez.

The client was reminded of the upcoming Social Service dorm inspection, which will be conducted on 11/21/2024.

The following services were addressed to complete Mr. Mendez's Walk-in ILP Tele-session review with CM Malcolm on 11/12/2024.

LEGAL SERVICES:  Client is to attend appointments with Probation Officer, identify legal needs and Inform caseworker of any legal problems that occur which may present a barrier to independent living.

Entitlements/Benefits: Mr. Mendez is tasked to apply for benefits/entitlement and attend appointments as scheduled. The client reports that his PA case was closed. The client has a recent/valid copy of his award letter.

Rehousing Strategy: Mr. Mendez is housing ready. The client has an active CITYFheps housing voucher. clients are tasked to work jointly with social services and housing staff while residing at the shelter. The client has an active PA case and is housing ready.

RULES AND REGULATIONS: The client is to adhere to all shelter rules and regulations, including but not limited to the client code of conduct, the client acknowledgment of responsibility form, and adhering to the curfew mandates by signing for his



**Department of Homeless Services**

assigned bed nightly at 11:00pm. You must exit sleeping quarters, dorm area by 8:00am Monday-Friday and when asked by staff. Smoking inside the facility is prohibited. The client must practice a clean and sober program.

HEALTH AND SAFETY: The client is tasked to Maintain a clean, uncluttered and hazard-free bed while residing at the shelter. Assigned Case worker will thoroughly inspect client's unit to determine if client has encouraged himself to practice environmental etiquette. A dorm inspection was conducted to determine the condition of Mr. Mendez's dorm area. The client room was in pristine condition. The client was reminded of the importance of keeping his room clean. It is imperative for the safety and well-being of all individuals at HELPSEC shelter that everyone follows the rules in place. By issuing notices to those who are not complying, social services hope to reinforce the importance of respecting the guidelines and creating a safe environment for all.

EMPLOYMENT: The client reports that he is unable to work due to his blindness/medical perturbations.

HOUSING: Client is tasked with the housing specialist and attends all scheduled tours. The client is considered compliant and gave verbal consent to meet with HS Thomas for potential housing opportunities. The client is tasked to meet with HS Thomas.

MEDICAL: Client is tasked to maintain health benefits i.e. Medicaid; attend all required appointments with providers, medications. The client provided a copy of his medical evaluation and psych-evaluation punctually to CW Malcolm.

MEETINGS: Client is tasked to attend all scheduled meetings and notify caseworker Malcolm when unable to keep a scheduled appointment. Mr. Mendez is scheduled to meet with assigned CM Malcolm on 1/11/2025.

| Last Modified: 12/14/2024 11:08 AM | | |
|---|---|---|



**Department of Homeless Services**

| Type: Progress Note | Method of Contact: In Person - Scheduled | Created By: KMALCOLM-CP |
|---|---|---|
| Date Created: 12/14/2024 11:08 AM | Event Date:  12/14/2024 | |

Note History:
author
Korey Malcolm
12/14/2024 11:08:43 AM
On 12/14/2024, CM Malcolm contacted Mr. Franklin Mendez to commence a wellness check along with conducting a scheduled in-ILP tele-session review.  The client stated that he is having a productive morning today. Mr. Mendez was reminded that HELPSEC does not penalize any clients and reminded him that our shared goal is to find him suitable permanent housing. Client reports no changes at this time. The client reports no additional accommodation while residing at the shelter. The client confirms that he is functioning at an optimal level.  Mr. Mendez has a newly updated CITYFHEPS shopping letter as it is valid until December 2024. CM Malcolm informed the client that the housing team is working on getting him Suitable permanent residence. CM Malcolm along with social services/housing staff will continue to assist the client with his housing plan until the client has suitable housing. CM Malcolm reassured the client of his progress and appreciated the support of his service at HELPSEC. CM Malcolm and HS Thomas will continue to assist the client with permanent housing. CM Malcolm utilized client-centered techniques along with motivational interviewing. The client stated that the information was informative and appreciated the conversation with his assigned case worker.  CM Malcolm reminded the client that social service will conduct a dorm inspection on 12/18/2024. According to CM Malcolm's observations, the client's room was in great condition. The client is considered compliant and continues to encourage environmental etiquette.

Current Reasonable accommodations:

Condition requires location-based placement ( Manhattan )- The client RA was fulfilled at HELPSEC due to the facility being located in Manhattan.



**Department of Homeless Services**

Placement in elevator building or first floor- The client RA was fulfilled at HELPSEC due to being placed on the first floor. Reduced Density Placement- The client's RA was fulfilled at HELPSEC due to being placed in a single room.

Flexible scheduling for in-shelter appointments- A specific time and day of the week was agreed upon for the client to meet with social services and housing.

Additional aid in reading forms- Client-assigned workers assist the client with reading his forms; however, most of the time, the client states he will have his advocate review the forms with him.

Seek aid in completing forms- Client-assigned workers assist the client with completing his forms; however, most of the time, the client states he will have his advocate go over the forms with him and complete the forms on his behalf.

Provide assistance to individuals who are blind or have low vision- Client-assigned workers or site leaders follow up with the client for any immediate needs or just to see how the client is doing on that particular day.

Accessible transportation between facilities- The client's transportation concerns were resolved with Access-A-Ride. HELPSEC social services/housing team is actively searching for the units based on the following Rehousing strategy to assist the client with exiting the shelter permanently while keeping the client's reasonable accommodation in consideration.

• Rehousing Strategy—CityFHEPS
• Rehousing Strategy—Supportive Housing
• Rehousing Strategy—Affordable Housing
The following services were addressed to complete Mr. Franklin Mendez's scheduled ILP review in room 183 with CM Malcolm.  The ILP form was read and explained thoroughly to Mr. Franklin Mendez.

The client was reminded of the upcoming Social Service dorm inspection, which will be conducted on 11/21/2024.


**Department of Homeless Services**

The following services were addressed to complete Mr. Mendez's Walk-in ILP Tele-session review with CM Malcolm on 11/12/2024.

LEGAL SERVICES:  Client is to attend appointments with Probation Officer, identify legal needs and Inform caseworker of any legal problems that occur which may present a barrier to independent living.

Entitlements/Benefits: Mr. Mendez is tasked to apply for benefits/entitlement and attend appointments as scheduled. The client reports that his PA case was closed. The client has a recent/valid copy of his award letter.

Rehousing Strategy: Mr. Mendez is housing ready. The client has an active CITYFheps housing voucher. clients are tasked to work jointly with social services and housing staff while residing at the shelter. The client has an active PA case and is housing ready.

RULES AND REGULATIONS: The client is to adhere to all shelter rules and regulations, including but not limited to the client code of conduct, the client acknowledgment of responsibility form, and adhering to the curfew mandates by signing for his assigned bed nightly at 11:00pm. You must exit sleeping quarters, dorm area by 8:00am Monday-Friday and when asked by staff. Smoking inside the facility is prohibited. The client must practice a clean and sober program.

HEALTH AND SAFETY: The client is tasked to Maintain a clean, uncluttered and hazard-free bed while residing at the shelter. Assigned Case worker will thoroughly inspect client's unit to determine if client has encouraged himself to practice environmental etiquette. A dorm inspection was conducted to determine the condition of Mr. Mendez's dorm area. The client room was in pristine condition. The client was reminded of the importance of keeping his room clean. It is imperative for the safety and well-being of all individuals at HELPSEC shelter that everyone follows the rules in place. By issuing notices to those who are not complying, social services hope to reinforce the importance of respecting the guidelines and creating a safe environment for all.

EMPLOYMENT: The client reports that he is unable to work due to his blindness/medical perturbations.



**Department of Homeless Services**

HOUSING: Client is tasked with the housing specialist and attends all scheduled tours. The client is considered compliant and gave verbal consent to meet with HS Thomas for potential housing opportunities. The client is tasked to meet with HS Thomas.

MEDICAL: Client is tasked to maintain health benefits i.e. Medicaid; attend all required appointments with providers, medications. The client provided a copy of his medical evaluation and psych-evaluation punctually to CW Malcolm.

MEETINGS: Client is tasked to attend all scheduled meetings and notify caseworker Malcolm when unable to keep a scheduled appointment. Mr. Mendez is scheduled to meet with assigned CM Malcolm on 12/28/2024.

| Last Modified: 11/28/2024 11:48 AM | | |
|---|---|---|
| Type: Progress Note | Method of Contact: In Person - Scheduled | Created By: KMALCOLM-CP |
| Date Created: 11/28/2024 11:48 AM | Event Date:  11/28/2024 | |
| Note History:<br>author<br>Korey Malcolm<br>11/28/2024 11:48:47 AM<br>On 11/28/2024, CM Malcolm contacted Mr. Franklin Mendez to commence a wellness check along with conducting a scheduled  in-ILP telesession review.  The client confirmed that he still reports to John Jay College to pursue in obtaining a Bachelors' Degree. The client stated that the weather is quite messy during Thanksgiving day. CM Malcolm asked Mr. Mendez if he was open to one-bedroom apartments in The Bronx. Mr. Mendez stated he is as long as there is public transportation within proximity. The concern that Access-a-Ride is not always reliable, and he wants to be able to take public transportation | | |



to his appointments when necessary. Social services informed the client he will be referred to for apartments in The Bronx and he will be informed if there are available units and tours. Mr. Mendez was reminded that HELPSEC does not penalize any clients and reminded him that our shared goal is to find him suitable permanent housing. The client reports no additional accommodation while residing at the shelter. The client confirms that he is functioning at an optimal level.  Mr. Mendez has a newly updated CITYFHEPS shopping letter as it is valid until December 2024. CM Malcom informed the client that the housing team is working on getting him Suitable permanent residence. CM Malcom along with social services/housing staff will continue to assist the client with his housing plan until the client has suitable housing. CM Malcom reassured the client of his progress and appreciated the support of his service at HELPSEC. CM Malcom and HS Thomas will continue to assist the client with permanent housing. CM Malcom utilized client-centered techniques along with motivational interviewing. The client stated that the information was informative and appreciated the conversation with his assigned case worker.  CM Malcom reminded the client that social service conducted a dorm inspection on 12/5/2024. According to CM Malcom's observations, the client's room was in great condition. The client is considered compliant and continues to encourage environmental etiquette. CM Malcom reminded the client that HS Thomas will not be at the office today to follow-up with the housing meeting. The client is tasked to arrange a scheduled meeting with HS Thomas. The client was recently referred to a scheduled housing tour from provider LUTHERAN SOCIAL SERVICES. The congregate housing site is called Muhlenberg Residence located at 510 ATLANTIC AVENUE, BROOKLYN, NY 11217. The facility has elevators to accommodate the client's needs due to blindness. The scheduled date for the housing tour is December 9th,2024.

Current Reasonable accommodations:

Condition requires location-based placement ( Manhattan )- The client RA was fulfilled at HELPSEC due to the facility being located in Manhattan.

Placement in elevator building or first floor- The client RA was fulfilled at HELPSEC due to being placed on the first floor. Reduced Density Placement- The client's RA was fulfilled at HELPSEC due to being placed in a single room.



**Department of Homeless Services**

Flexible scheduling for in-shelter appointments- A specific time and day of the week was agreed upon for the client to meet with social services and housing.

Additional aid in reading forms- Client-assigned workers assist the client with reading his forms; however, most of the time, the client states he will have his advocate review the forms with him.

Seek aid in completing forms- Client-assigned workers assist the client with completing his forms; however, most of the time, the client states he will have his advocate go over the forms with him and complete the forms on his behalf.

Provide assistance to individuals  who are blind or have low vision-  Client-assigned workers or site leaders follow up with the client for any immediate needs or just to see how the client is doing on that particular day.

Accessible transportation between facilities- The client's transportation concerns were resolved with Access-A-Ride. HELPSEC social services/housing team is actively searching for the units based on the following Rehousing strategy to assist the client with exiting the shelter permanently while keeping the client's reasonable accommodation in consideration.

• Rehousing Strategy—CityFHEPS
• Rehousing Strategy—Supportive Housing
• Rehousing Strategy—Affordable Housing
The following services were addressed to complete Mr. Franklin Mendez's scheduled ILP review in room 183 with CM Malcolm.  The ILP form was read and explained thoroughly to Mr. Franklin Mendez.

The client was reminded of the upcoming Social Service dorm inspection, which will be conducted  on 11/21/2024.

The following services were addressed to complete Mr. Mendez's Walk-in ILP Telesession review with CM Malcolm on 11/12/2024.



**Department of Homeless Services**

LEGAL SERVICES:  Client is to attend appointments with Probation Officer, identify legal needs and Inform caseworker of any legal problems that occur which may present a barrier to independent living.

Entitlements/Benefits: Mr. Mendez is tasked to apply for benefits/entitlement and attend appointments as scheduled. The client reports that his PA case was closed. The client has a recent/valid copy of his award letter.

Rehousing Strategy: Mr. Mendez is housing ready. The client has an active CITYFheps housing voucher. clients are tasked to work jointly with social services and housing staff while residing at the shelter. The client has an active PA case and is housing ready.

RULES AND REGULATIONS: The client is to adhere to all shelter rules and regulations, including but not limited to the client code of conduct, the client acknowledgment of responsibility form, and adhering to the curfew mandates by signing for his assigned bed nightly at 11:00pm. You must exit sleeping quarters, dorm area by 8:00am Monday-Friday and when asked by staff. Smoking inside the facility is prohibited. The client must practice a clean and sober program.

HEALTH AND SAFETY: The client is tasked to Maintain a clean, uncluttered and hazard-free bed while residing at the shelter. Assigned Case worker will thoroughly inspect client's unit to determine if client has encouraged himself to practice environmental etiquette. A dorm inspection was conducted to determine the condition of Mr. Mendez's dorm area. The client room was in pristine condition. The client was reminded of the importance of keeping his room clean. It is imperative for the safety and well-being of all individuals at HELPSEC shelter that everyone follows the rules in place. By issuing notices to those who are not complying, social services hope to reinforce the importance of respecting the guidelines and creating a safe environment for all.

EMPLOYMENT: The client reports that he is unable to work due to his blindness/medical perturbations.

 **Department of Homeless Services**

HOUSING: Client is tasked with the housing specialist and attends all scheduled tours. The client is considered compliant and gave verbal consent to meet with HS Thomas for potential housing opportunities. The client is tasked to meet with HS Thomas.

MEDICAL: Client is tasked to maintain health benefits i.e. Medicaid; attend all required appointments with providers, medications. The client provided a copy of his medical evaluation and psych-evaluation punctually to CW Malcolm.

MEETINGS: Client is tasked to attend all scheduled meetings and notify caseworker Malcolm when unable to keep a scheduled appointment. Mr. Mendez is scheduled to meet with assigned CM Malcolm on 12/14/2024.

| Last Modified: 11/27/2024 05:29 PM | | |
|---|---|---|
| Type: Progress Note | Method of Contact: Other | Created By: JPOLLARD-CP |
| Date Created: 11/27/2024 05:29 PM | Event Date:  11/27/2024 | |

Note History:
author
Jamell Pollard
11/27/2024 17:29:55 PM
CJC Pollard attempted to meet with the client to check in on him in acknowledgement of the upcoming holiday and the clients special needs. To inquire if the client wanted a meal brought to his room or if he had plans for the day etc. However. The client was not in the facility. CJC Pollard asked safety if the client had a regular sign in time as many do. CJC Pollard learned that the client usually enters the building to sign for his bed between 10 and 11 p.m.
The clients unit was clean and clutter free.



# Department of Homeless Services

| Last Modified: 11/12/2024 02:13 PM | | |
|---|---|---|
| Type: Progress Note | Method of Contact: In Person - Scheduled | Created By: KMALCOLM-CP |
| Date Created: 11/12/2024 02:13 PM | Event Date:  11/12/2024 | |

Note History:
author
Korey Malcolm
11/12/2024 14:13:22 PM
On 11/12/2024, CM Malcolm contacted Mr. Franklin Mendez to commence a wellness check along with conducting a scheduled  in-ILP telesession review.  The client confirmed that he still reports to John Jay College to pursue in obtaining a Bachelors' Degree. The client stated that he is aware of the information provided by ADSS Kebe regarding updates pertaining to his housing search. CM Malcolm asked Mr. Mendez if he was open to one-bedroom apartments in The Bronx. Mr. Mendez stated he is as long as there is public transportation within proximity. The concern that Access-a-Ride is not always reliable, and he wants to be able to take public transportation to his appointments when necessary. Social services informed the client he will be referred to for apartments in The Bronx and he will be informed if there are available units and tours. Mr. Mendez was reminded that HELPSEC does not penalize any clients and reminded him that our shared goal is to find him suitable permanent housing. The client reports no additional accommodation while residing at the shelter. The client confirms that he is functioning at an optimal level.  Mr. Mendez has a newly updated CITYFHEPS shopping letter as it is valid until December 2024. CM Malcolm informed the client that the housing team is working on getting him Suitable permanent residence. CM Malcolm along with social services/housing staff will continue to assist the client with his housing plan until the client has suitable housing. CM Malcolm reassured the client of his progress and appreciated the support of his service at HELPSEC. CM Malcolm and HS Thomas will continue to assist the client with permanent housing. CM Malcolm utilized client-centered techniques along with motivational interviewing. The client stated that the information was informative and appreciated the conversation with his assigned case worker.  CM Malcolm reminded the client that social service conducted a dorm inspection on 11/7/2024. According to CM Malcolm's observations, the client's room was in great condition. The client is considered



compliant and continues to encourage environmental etiquette. CM Malcolm reminded the client that HS Thomas will not be at the office today to follow-up with the housing meeting. The client is tasked to arrange a scheduled meeting with HS Thomas.

Current Reasonable accommodations:

Condition requires location-based placement ( Manhattan )- The client RA was fulfilled at HELPSEC due to the facility being located in Manhattan.

Placement in elevator building or first floor- The client RA was fulfilled at HELPSEC due to being placed on the first floor. Reduced Density Placement- The client's RA was fulfilled at HELPSEC due to being placed in a single room.

Flexible scheduling for in-shelter appointments- A specific time and day of the week was agreed upon for the client to meet with social services and housing.

Additional aid in reading forms- Client-assigned workers assist the client with reading his forms; however, most of the time, the client states he will have his advocate review the forms with him.

Seek aid in completing forms- Client-assigned workers assist the client with completing his forms; however, most of the time, the client states he will have his advocate go over the forms with him and complete the forms on his behalf.

Provide assistance to individuals  who are blind or have low vision-  Client-assigned workers or site leaders follow up with the client for any immediate needs or just to see how the client is doing on that particular day.

Accessible transportation between facilities- The client's transportation concerns were resolved with Access-A-Ride. HELPSEC social services/housing team is actively searching for the units based on the following Rehousing strategy to assist the client with exiting the shelter permanently while keeping the client's reasonable accommodation in consideration.



**Department of
Homeless Services**

• Rehousing Strategy—CityFHEPS
• Rehousing Strategy—Supportive Housing
• Rehousing Strategy—Affordable Housing
The following services were addressed to complete Mr. Franklin Mendez's scheduled ILP review in room 183 with CM Malcolm.  The ILP form was read and explained thoroughly to Mr. Franklin Mendez.

The client was reminded of the upcoming Social Service dorm inspection, which will be conducted  on 11/21/2024.

The following services were addressed to complete Mr. Mendez's Walk-in ILP Telesession review with CM Malcolm on 11/12/2024.

LEGAL SERVICES:  Client is to attend appointments with Probation Officer, identify legal needs and Inform caseworker of any legal problems that occur which may present a barrier to independent living.

Entitlements/Benefits: Mr. Mendez is tasked to apply for benefits/entitlement and attend appointments as scheduled. The client reports that his PA case was closed. The client has a recent/valid copy of his award letter.

Rehousing Strategy: Mr. Mendez is housing ready. The client has an active CITYFheps housing voucher. clients are tasked to work jointly with social services and housing staff while residing at the shelter. The client has an active PA case and is housing ready.

RULES AND REGULATIONS: The client is to adhere to all shelter rules and regulations, including but not limited to the client code of conduct, the client acknowledgment of responsibility form, and adhering to the curfew mandates by signing for his assigned bed nightly at 11:00pm. You must exit sleeping quarters, dorm area by 8:00am Monday-Friday and when asked by staff. Smoking inside the facility is prohibited. The client must practice a clean and sober program.



**Department of Homeless Services**

HEALTH AND SAFETY: The client is tasked to Maintain a clean, uncluttered and hazard-free bed while residing at the shelter. Assigned Case worker will thoroughly inspect client's unit to determine if client has encouraged himself to practice environmental etiquette. A dorm inspection was conducted to determine the condition of Mr. Mendez's dorm area. The client room was in pristine condition. The client was reminded of the importance of keeping his room clean. It is imperative for the safety and well-being of all individuals at HELPSEC shelter that everyone follows the rules in place. By issuing notices to those who are not complying, social services hope to reinforce the importance of respecting the guidelines and creating a safe environment for all.

EMPLOYMENT: The client reports that he is unable to work due to his blindness/medical perturbations.

HOUSING: Client is tasked with the housing specialist and attends all scheduled tours. The client is considered compliant and gave verbal consent to meet with HS Thomas for potential housing opportunities. The client is tasked to meet with HS Thomas.

MEDICAL: Client is tasked to maintain health benefits i.e. Medicaid; attend all required appointments with providers, medications. The client provided a copy of his medical evaluation and psych-evaluation punctually to CW Malcolm.

MEETINGS: Client is tasked to attend all scheduled meetings and notify caseworker Malcolm when unable to keep a scheduled appointment. Mr. Mendez is scheduled to meet with assigned CM Malcolm on 11/30/2024.

| | | |
|---|---|---|
| Last Modified: 11/08/2024 06:46 PM | | |
| Type: ILP No-Show Note | Method of Contact: Other | Created By: KMALCOLM-CP |
| Date Created: 11/08/2024 06:46 PM | Event Date:  11/08/2024 | |
| Note History: | | |



author
Korey Malcolm
11/08/2024 18:46:44 PM
Rules and Regulations:
Case manager Malcolm was not able to meet with Mr. Franklin Mendez for his ILP Review on this day 11/8/2024. Client will be rescheduled to meet with his assigned case manager on 11/12/2024. The client is to adhere to all the rules and regulations as mandated by the facility, these include, but not limited to the client code of Conduct, the client acknowledgment of responsibility form, and adhering to the curfew mandates by signing for his assigned bed nightly at 11:00 pm. The client must exit sleeping quarters, dorm area by 9:00 am Monday-Friday and/or when asked to by staff. Also, smoking inside the facility is prohibited and the client must practice a clean and sober program.

MEETINGS: The client is to adhere to observe and attend all meetings as mandated by the facility. The clients next meeting is reschedule for the day of 11/12/2024.

Health and Safety: Client is tasked to maintain clean, uncluttered dorm area at all times as long as he is in this shelter.

| Last Modified: 10/26/2024 02:19 PM | | |
|---|---|---|
| Type: Housing Note | Method of Contact: Notice - Left | Created By: LAMTHOMAS-CP |
| Date Created: 10/26/2024 02:19 PM | Event Date:  10/26/2024 | |
| Note History: author Lamar Thomas 10/26/2024 14:19:57 PM | | |



**Department of Homeless Services**

On 10/26/2024 Franklin Mendez was scheduled for his initial housing appointment and to further discuss his housing plan. The client failed to show for his scheduled appointment. HS, Mr. Thomas searched for the client in the facility. The client was not found. HS, Mr. Thomas attempted to contact the client by phone, but it went straight to voicemail. Upon DHS rules and regulations, all clients must maintain all housing scheduled appointments. HS, Mr. Thomas will reschedule the client. HS, Mr. Thomas will continue to help and assist the client with his housing plan until the client has permanent housing.

| Last Modified: 10/23/2024 06:53 PM | | |
|---|---|---|
| Type: Progress Note | Method of Contact: In Person - Walk In | Created By: KMALCOLM-CP |
| Date Created: 10/23/2024 06:53 PM | Event Date:  10/23/2024 | |

Note History:
author
Korey Malcolm
10/23/2024 18:53:07 PM
On 10/23/2024, CM Malcolm contacted Mr. Franklin Mendez to commence a wellness check along with conducting a walk in-ILP telesession review. The client stated that he was pleased to follow-up with his assigned case worker who was on vacation. The client confirmed that he still reports to John Jay College to pursue in obtaining a Bachelors' Degree. The client stated that he is aware of the information provided by ADSS Kebe regarding updates pertaining to his housing search. Previously on 10/18/2024, ADSS Kebe contacted Mr. Franklin Mendez on the phone. Mr. Mendez stated he was doing well. ADSS informed the client she is aware his borough of preference is Manhattan. ADSS asked Mr. Mendez if he was open to one-bedroom apartments in The Bronx. Mr. Mendez stated he is as long as there is public transportation within proximity. The concern that Access-a-Ride is not always reliable, and he wants to be able to take public transportation to his appointments when necessary. ADSS Kebe informed the client he will be referred to for apartments in The Bronx and he will be informed if there are available units and tours. Client asked ADSS if he will be penalized if he is offered an apartment in the Bronx and refuses it. ADSS informed Mr. Mendez that HelpSEC does not penalize any clients and reminded him that our shared goal is to find



**Department of Homeless Services**

him suitable permanent housing. The client reports no additional accommodation while residing at the shelter. The client confirms that he is functioning at an optimal level.  Mr. Mendez has a newly updated CITYFHEPS shopping letter as it is valid until December 2024. CM Malcolm informed the client that the housing team is working on getting him Suitable permanent residence. CM Malcolm along with social services/housing staff will continue to assist the client with his housing plan until the client has suitable housing.  CM Malcolm reassured the client of his progress and appreciated the support of his service at HELPSEC. CM Malcolm and HS Thomas will continue to assist the client with permanent housing. CM Malcolm utilized client-centered techniques along with motivational interviewing. The client stated that the information was informative and appreciated the conversation with his assigned case worker.

Current Reasonable accommodations:

Condition requires location-based placement ( Manhattan )- The client RA was fulfilled at HELPSEC due to the facility being located in Manhattan.

Placement in elevator building or first floor- The client RA was fulfilled at HELPSEC due to being placed on the first floor. Reduced Density Placement- The client's RA was fulfilled at HELPSEC due to being placed in a single room.

Flexible scheduling for in-shelter appointments- A specific time and day of the week was agreed upon for the client to meet with social services and housing.

Additional aid in reading forms- Client-assigned workers assist the client with reading his forms; however, most of the time, the client states he will have his advocate review the forms with him.

Seek aid in completing forms- Client-assigned workers assist the client with completing his forms; however, most of the time, the client states he will have his advocate go over the forms with him and complete the forms on his behalf.



**Department of
Homeless Services**

Provide assistance to individuals  who are blind or have low vision-  Client-assigned workers or site leaders follow up with the client for any immediate needs or just to see how the client is doing on that particular day.

Accessible transportation between facilities- The client's transportation concerns were resolved with Access-A-Ride. HELPSEC social services/housing team is actively searching for the units based on the following Rehousing strategy to assist the client with exiting the shelter permanently while keeping the client's reasonable accommodation in consideration.

• Rehousing Strategy—CityFHEPS
• Rehousing Strategy—Supportive Housing
• Rehousing Strategy—Affordable Housing
The following services were addressed to complete Mr. Franklin Mendez's scheduled ILP review in room 183 with CM Malcolm.  The ILP form was read and explained thoroughly to Mr. Franklin Mendez.

The client was reminded of the upcoming Social Service dorm inspection, which will be conducted tomorrow afternoon on 10/24/2024.

The following services were addressed to complete Mr. Mendez's Walk-in ILP Telesession review with CM Malcolm on 10/23/2024.

LEGAL SERVICES:  Client is to attend appointments with Probation Officer, identify legal needs and Inform caseworker of any legal problems that occur which may present a barrier to independent living.

Entitlements/Benefits: Mr. Mendez is tasked to apply for benefits/entitlement and attend appointments as scheduled. The client reports that his PA case was closed. The client has a recent/valid copy of his award letter.

 **Department of Homeless Services**

Rehousing Strategy: Mr. Mendez is housing ready. The client has an active CITYFheps housing voucher. clients are tasked to work jointly with social services and housing staff while residing at the shelter. The client has an active PA case and is housing ready.

RULES AND REGULATIONS: The client is to adhere to all shelter rules and regulations, including but not limited to the client code of conduct, the client acknowledgment of responsibility form, and adhering to the curfew mandates by signing for his assigned bed nightly at 11:00pm. You must exit sleeping quarters, dorm area by 8:00am Monday-Friday and when asked by staff. Smoking inside the facility is prohibited. The client must practice a clean and sober program.

HEALTH AND SAFETY: The client is tasked to Maintain a clean, uncluttered and hazard-free bed while residing at the shelter. Assigned Case worker will thoroughly inspect client's unit to determine if client has encouraged himself to practice environmental etiquette. A dorm inspection was conducted to determine the condition of Mr. Mendez's dorm area. The client room was in pristine condition. The client was reminded of the importance of keeping his room clean. It is imperative for the safety and well-being of all individuals at HELPSEC shelter that everyone follows the rules in place. By issuing notices to those who are not complying, social services hope to reinforce the importance of respecting the guidelines and creating a safe environment for all.

EMPLOYMENT: The client reports that he is unable to work due to his blindness/medical perturbations.

HOUSING: Client is tasked with the housing specialist and attends all scheduled tours. The client is considered compliant and gave verbal consent to meet with HS Thomas for potential housing opportunities. The client is tasked to meet with HS Thomas.

MEDICAL: Client is tasked to maintain health benefits i.e. Medicaid; attend all required appointments with providers, medications. The client provided a copy of his medical evaluation and psych-evaluation punctually to CW Malcolm.

 **Department of Homeless Services**

MEETINGS: Client is tasked to attend all scheduled meetings and notify caseworker Malcolm when unable to keep a scheduled appointment. Mr. Mendez is scheduled to meet with assigned CM Malcolm on 11/9/2024.

| Last Modified: 10/18/2024 03:44 PM | | |
|---|---|---|
| Type: Supervisory Review | Method of Contact: Other | Created By: ACKEEMDIX-CP |
| Date Created: 10/18/2024 03:44 PM | Event Date:  10/18/2024 | |

Note History:
author
Ackeem Dixon
10/18/2024 15:44:37 PM
All options have been explored for Franklin Mendez's case. The client is housing-ready and has an active CityFHEPS shopping letter, a crucial document allowing the client to search for suitable housing. DSS Dixon submitted a client Homeless Housing Application (HHA) for HPD/ DHS set-aside units with disability.  Most recently, the housing team and CJC Pollard started exploring supportive housing options. The client's Supportive Housing was rejected due to an outdated Psychiatric Evaluation.  However, our team's dedication to the client's case was evident in the prompt update of the Psychiatric Evaluation and the successful resubmission and approval of the supportive housing application.

Understanding the unique circumstances of our client, Franklin Mendez, is crucial. Despite being a sex offender and on parole, he is not subject to SARA restrictions. However, it's important to note that most landlords and brokers conduct background checks, which can be a significant challenge for our clients. The client's specific requirement for an ADA-compliant apartment further complicates the housing search. His HHA application is active and controlled by DHS/HRA, and he is awaiting a match with the appropriate units. Due to his numerous appointments and outpatient services, the client's Boroughs preference for Manhattan adds additional constraints to his housing search for the housing team.



Recently, the client missed an important housing tour with VOA referred by HRA via Supportive Housing on 9/25/2024 at 10:00 am. The site, 22 East 119th Street, NY, 10035, was in the client's preferred borough. The client stated that he missed his VOA open house appointment because he attends courses at John Jay College. He usually leaves the facility early in the morning to complete errands and is not interested in rescheduling the viewing.

As we continue to work on securing the appropriate housing for our client, we want to assure you of our unwavering commitment to clear and timely communication. The client will be promptly notified once the HHA application or Supportive Housing referral is received and processed. This commitment is a cornerstone of our professional relationship with the client and our collective efforts in his case.

Reasonable accommodations :
Condition requires location-based placement ( Manhattan )- The client RA was fulfilled at HELPSEC due to the facility being located in Manhattan.
Placement in elevator building or first floor- The client RA was fulfilled at HELPSEC due to being placed on the first floor.
Reduced Density Placement- The client's RA was fulfilled at HELPSEC due to being placed in a single room.
Flexible scheduling for in-shelter appointments- A specific time and day of the week was agreed upon for the client to meet with social services and housing.
Help reading forms- Client-assigned workers assist the client with reading his forms; however, most of the time, the client states he will have his advocate review the forms with him.
Help completing forms- Client-assigned workers assist the client with completing his forms; however, most of the time, the client states he will have his advocate go over the forms with him and complete the forms on his behalf.
Help for people who are blind or have low vision-  Client-assigned workers or site leaders follow up with the client for any immediate needs or just to see how the client is doing on that particular day.
Accessible transportation between facilities- The client's transportation concerns were resolved with Access-A-Ride.

Update on Housing search: HRA is actively searching for an appropriate unit for the client after DSS Dixon flagged the case to HRA on 10/15/2024, informing them that the client stated from the previous viewing that he is not interested in an SRO



**Department of Homeless Services**

unit. The client stated he is legally blind and requests accommodations for a one-bedroom. On 10/18/2024, HRA responded, inquiring if the client would be interested in the Bronx and if he would need any supportive services. DSS Dixon contacted ADSS Kebe for a follow-up.

ADSS Follow up with the client on 10/18/2024 via phone-call :
ADSS Kebe called Mr. Franklin Mendez on the phone. The client stated he was doing well. ADSS informed the client she is aware his borough of preference is Manhattan. ADSS asked Mr. Mendez if he was open to one-bedroom apartments in The Bronx. Mr. Mendez stated he is as long as there is public transportation within close proximity. The client stated his concern is that Access-a-Ride is not always reliable, and he wants to be able to take public transportation to his appointments when necessary. ADSS Kebe informed the client he will be referred for apartments in The Bronx, and he will be informed if there are available units and tours. The client asked ADSS if he would be penalized if he is offered an apartment in the Bronx and refuses it. ADSS informed Mr. Mendez that HELPSEC does not penalize any clients and reminded him that our shared goal is to find him suitable permanent housing.

ADSS Kebe informed HRA that the client is open to a one-bedroom unit in the Bronx only if the unit is close to transportation. The client shared concerns that Access-A-Ride is not always a reliable means of transportation.

The site is actively searching for the units based on the following Rehousing strategy to assist the client with exiting the shelter permanently while keeping the client's reasonable accommodation in consideration.
• Rehousing Strategy—CityFHEPS
• Rehousing Strategy—Supportive Housing
• Rehousing Strategy—Affordable Housing

The client case file is attached with corresponding emails regarding client housing.



**Department of Homeless Services**

| Last Modified: 10/18/2024 02:20 PM | | |
|---|---|---|
| Type: Progress Note | Method of Contact: Call with Client | Created By: ARAMEK-CP |
| Date Created: 10/18/2024 02:20 PM | Event Date:  10/18/2024 | |
| Note History:<br>author<br>Arame Kebe<br>10/18/2024 14:20:50 PM<br>ADSS Kebe called Mr. Franklin Mendez on the phone. Client stated he was doing well. ADSS informed client she is aware his borough of preference is Manhattan. ADSS asked Mr. Mendez if he was open to one-bedroom apartments in The Bronx. Mr. Mendez stated he is as long as there is public transportation within close proximity. Client stated his concern is that Access-a-Ride is not always reliable, and he wants to be able to take public transportation to his appointments when necessary. ADSS Kebe informed client he will be referred for apartments in The Bronx and he will be informed if there are available units and tours. Client asked ADSS if he will be penalized if he is offered an apartment in the Bronx and refuses it. ADSS informed Mr. Mendez that HelpSEC does not penalize any clients and reminded him that our shared goal is to find him suitable permanent housing. | | |

| Last Modified: 10/06/2024 04:57 PM | | |
|---|---|---|
| Type: Supervisory Review | Method of Contact: Other | Created By: ACKEEMDIX-CP |
| Date Created: 10/06/2024 04:57 PM | Event Date:  10/06/2024 | |
| Note History:<br>author<br>Ackeem Dixon<br>10/06/2024 16:57:59 PM | | |



**Department of Homeless Services**

All options have been explored for Franklin Mendez's case. The client is housing-ready and has an active CityFHEPS shopping letter, a crucial document allowing the client to search for suitable housing. DSS Dixon submitted client Homeless Housing Application (HHA) for HPD/ DHS set-aside units with disability.  Most recently, the housing team and CJC Pollard started exploring supportive housing options. The client's Supportive Housing was rejected due to an outdated Psychiatric Evaluation.  However, our team's dedication to the client's case was evident in the prompt update of the Psychiatric Evaluation and the successful resubmission and approval of the supportive housing application.

Understanding the unique circumstances of our client, Franklin Mendez, is crucial. Despite being a sex offender and on parole, he is not subject to SARA restrictions. However, it's important to note that most landlords and brokers conduct background checks, which can be a significant challenge for our clients. The client's specific requirement for an ADA-compliant apartment further complicates the housing search. His HHA application is active and controlled by DHS/HRA, and he is awaiting a match with the appropriate units. Due to his numerous appointments and outpatient services, the client's Boroughs preference for Manhattan adds additional constraints to his housing search for the housing team.

Recently, the client missed an important housing tour with VOA referred by HRA via Supportive Housing on 9/25/2024 at 10:00 am. The site, 22 East 119th Street, NY, 10035, was in the client's preferred borough. The client stated that he missed his VOA open house appointment because he attends courses at John Jay College. He usually leaves the facility early in the morning to complete errands and is not interested in rescheduling the viewing.

As we continue to work on securing the appropriate housing for our client, we want to assure you of our unwavering commitment to clear and timely communication. The client will be promptly notified once the referral  from the HHA application or Supportive Housing is received and processed. This commitment is a cornerstone of our professional relationship with the client and our collective efforts in his case.

| Last Modified: 10/08/2024 12:43 PM | | |
| --- | --- | --- |


**Department of Homeless Services**

| Type: Unit Inspection | Method of Contact: Other | Created By: KMALCOLM-CP |
|---|---|---|
| Date Created: 10/04/2024 12:25 PM | Event Date: 09/26/2024 | |

Note History:
author
Korey Malcolm
10/04/2024 12:25:09 PM
HelpSec's social service dorm inspection was conducted on 9/26/2024. CM Malcolm observed the client's room to be in excellent condition. The client is tasked to Maintain a clean, uncluttered and hazard-free bed while residing at the shelter. Assigned Case worker will thoroughly inspect client's unit to determine if client has encouraged himself to practice environmental etiquette.
author
Korey Malcolm
10/04/2024 12:25:33 PM
HelpSec's social service dorm inspection was conducted on 9/26/2024. CM Malcolm observed the client's room to be in excellent condition. The client is tasked to Maintain a clean, uncluttered and hazard-free bed while residing at the shelter. Assigned Case worker will thoroughly inspect client's unit to determine if client has encouraged himself to practice environmental etiquette.

| Last Modified: 10/01/2024 03:30 PM | | |
|---|---|---|
| Type: Housing Note | Method of Contact: Notice - Left | Created By: LAMTHOMAS-CP |
| Date Created: 10/01/2024 03:30 PM | Event Date: 10/01/2024 | |

Note History:
author



# Department of Homeless Services

Lamar Thomas
10/01/2024 15:30:24 PM
On 10/1/2024 Franklin Mendez was scheduled for his initial housing appointment and to further discuss his housing plan. The client failed to show for his scheduled appointment. HS, Mr. Thomas searched for the client in the facility. The client was not found. HS, Mr. Thomas attempted to contact the client by phone, but it went straight to voicemail. Upon DHS rules and regulations, all clients must maintain all housing scheduled appointments. HS, Mr. Thomas will reschedule the client. HS, Mr. Thomas will continue to help and assist the client with his housing plan until the client has permanent housing.

| Last Modified: 10/01/2024 01:46 PM | | |
|---|---|---|
| Type: Progress Note | Method of Contact: In Person - Scheduled | Created By: KMALCOLM-CP |
| Date Created: 10/01/2024 01:46 PM | Event Date:  10/01/2024 | |

Note History:
author
Korey Malcolm
10/01/2024 13:46:01 PM
On 10/1/2024, CM Malcolm contacted Mr. Franklin Mendez to commence his scheduled-ILP review. The client reports that he leaves early in the morning to complete his  courses at John Jay College to pursue in obtaining a Bachelors' Degree. The client reports that he has been keeping to himself and staying positive. Mr. Mendez has a newly updated CITYFHEPS shopping letter as it is valid until December 2024. CM Malcolm informed the client that the housing team is working on getting him Suitable permanent residence. CM Malcolm along with social services/housing staff will continue to assist the client with his housing plan until the client has suitable housing.  CM Malcolm reassured the client of his progress and appreciated the support throughout his service at HELPSEC. CM Malcolm and HS Thomas will continue to assist the client towards permanent housing. CM Malcolm utilized client-centered techniques along with motivational interviewing. The following



**Department of Homeless Services**

services were addressed to complete Mr. Franklin Mendez's scheduled ILP review in room 183 with CM Malcolm.  The ILP form was read and explained thoroughly to Mr. Franklin Mendez. Mr. Mendez's application was successfully submitted to HRA/CAS  and a service request with ANTHROS being processed for potential permanent housing. The client stated that he is pleased with the progress he has been making and is waiting patiently until he exits the shelter towards permanent housing. Client is housing ready.  Previously on 9/28/2024 at approximately 3:30pm, CM Malcolm was accompanied with HS Thomas and RA Wilson to meet with Mr. Franklin Mendez who was at his dorm area in cottage 3 bed 1-016. Both CM Malcolm and HS Thomas greeted the client. The topic of discussion regarded a missed scheduled appointment for a open house viewing with Volunteers of America on Monday 9/25/2024 at 9:00 am. The site is located at 22 East 119th Street NY, 10035. Mr. Franklin Mendez was tasked to be on time for this appointment and come dressed wearing clean and presentable clothing. Unfortunately, the client failed to be in attendance for the viewing. The client was provided notices from the housing services team about the appointment since 9/20/2024. The client stated the reason he missed his VOA open house appointment because he attends courses in at John Jay College. The client reports that he normally leaves the facility early in the morning to complete his errands. The client stated that he is not interested in the open house viewing.

Social Service staff conducted a dorm inspection and list Mr. Mendez as compliant on 9/26/2024. The client's room was spotless and clean.

The following services were addressed to complete Mr. Mendez's ILP review with CM Malcolm.

LEGAL SERVICES:  Client is to attend appointments with Probation Officer, identify legal needs and Inform caseworker of any legal problems that occur which may present a barrier to independent living.

Entitlements/Benefits: Mr. Mendez is tasked to apply for benefits /entitlement and attend appointments as scheduled. The client reports that his PA case was closed. The client has a recent/valid copy of his award letter.

Rehousing Strategy: Mr. Mendez is housing ready. The client has an active CITYFheps housing voucher ( exp on 8/28/2024). The client is tasked to work jointly with social services and housing staff while residing at the shelter.



RULES AND REGULATIONS: The client is to adhere to all shelter rules and regulations, including but not limited to the client code of conduct, the client acknowledgment of responsibility form, and adhering to the curfew mandates by signing for his assigned bed nightly at 11:00pm. You must exit sleeping quarters, dorm area by 8:00am Monday-Friday and when asked by staff. Smoking inside the facility is prohibited. The client must practice a clean and sober program.

HEALTH AND SAFETY: The client is tasked to Maintain a clean, uncluttered and hazard-free bed while residing at the shelter. Assigned Case worker will thoroughly inspect client's unit to determine if client has encouraged himself to practice environmental etiquette. A dorm inspection was conducted to determine the condition of Mr. Mendez's dorm area. The client room was in pristine condition. The client was reminded of the importance of keeping his room area clean. It is imperative for the safety and well-being of all individuals at HELPSEC shelter that everyone follows the rules in place. By issuing notices to those who are not complying, social services hope to reinforce the importance of respecting the guidelines and creating a safe environment for all.

EMPLOYMENT: The client reports that he is unable to work due to his blindness/medical perturbations.

HOUSING: Client is tasked with the housing specialist and attends all scheduled tours. The client is considered compliant and gave verbal consent to meet with HS Thomas for potential housing opportunities. The client is tasked to meet with HS Thomas.

MEDICAL: Client is tasked to maintain health benefits i.e. Medicaid; attend all required appointments with providers, medications. The client provided a copy of his medical evaluation and psych-evaluation punctually to CW Malcolm.

MEETINGS: Client is tasked to attend all scheduled meetings and notify caseworker Malcolm when unable to keep a scheduled appointment. Mr. Mendez is scheduled to meet with assigned CM Malcolm on 10/26/2024. The client is compliant and continues to adhere to all rules and regulations while residing at HELPSEC. The ILP review is scheduled for that date as assigned case worker will be on vacation from 10/13/2024-10/21/2024.



**Department of Homeless Services**

| Last Modified: 09/28/2024 03:45 PM | | |
|---|---|---|
| Type: Progress Note | Method of Contact: Other | Created By: KMALCOLM-CP |
| Date Created: 09/28/2024 03:45 PM | Event Date:  09/28/2024 | |

Note History:
author
Korey Malcolm
09/28/2024 15:45:37 PM
On 9/28/2024 at approximately 3:30pm, CM Malcolm was accompanied with HS Thomas and RA Wilson to meet with Mr. Franklin Mendez who was at his dorm area in cottage 3 bed 1-016. Both CM Malcolm and HS Thomas greeted the client. The topic of discussion regarded a missed scheduled appointment for a open house viewing with Volunteers of America  on Monday 9/25/2024 at 9:00 am. The site is located at 22 East 119th Street NY, 10035. Mr. Franklin Mendez was tasked to be on time for this appointment and come dressed wearing clean and presentable clothing. Unfortunately, the client failed to be in attendance for the viewing. The client was provided notices from the housing services team about the appointment since 9/20/2024. The client stated the reason he missed his VOA open house appointment because he attends courses in at John Jay College. The client reports that he normally leaves the facility early in the morning to complete his errands. The client stated that he is not interested in the open house viewing.

| Last Modified: 09/28/2024 12:05 PM | | |
|---|---|---|
| Type: ILP No-Show Note | Method of Contact: Other | Created By: KMALCOLM-CP |
| Date Created: 09/28/2024 12:05 PM | Event Date:  09/28/2024 | |
| Note History: | | |



**Department of Homeless Services**

author
Korey Malcolm
09/28/2024 12:05:05 PM
Rules and Regulations:
Case manager Malcolm was not able to meet with Mr. Franklin Mendez for his ILP Review on this day 9/28/2024. Client will be rescheduled to meet with his assigned case manager on 10/12/2024. The client is to adhere to all the rules and regulations as mandated by the facility, these include, but not limited to the client code of Conduct, the client acknowledgment of responsibility form, and adhering to the curfew mandates by signing for his assigned bed nightly at 11:00 pm. The client must exit sleeping quarters, dorm area by 9:00 am Monday-Friday and/or when asked to by staff. Also, smoking inside the facility is prohibited and the client must practice a clean and sober program.

MEETINGS: The client is to adhere to observe and attend all meetings as mandated by the facility. The clients next meeting is reschedule for the day of 10/12/2024.

Health and Safety: Client is tasked to maintain clean, uncluttered dorm area at all times as long as he is in this shelter.

| Last Modified: 09/27/2024 05:08 PM | | |
|---|---|---|
| Type: Progress Note | Method of Contact: Other | Created By: KMALCOLM-CP |
| Date Created: 09/27/2024 05:08 PM | Event Date:  09/27/2024 | |
| Note History:<br>author<br>Korey Malcolm<br>09/27/2024 17:08:05 PM | | |



**Department of Homeless Services**

On 9/27/2024, CM Malcolm attempted to meet with Mr. Franklin Mendez regarding a missed scheduled appointment for a open house viewing with Volunteers of America on Monday 9/25/2024 at 9:00 am. The site is located at 22 East 119th Street NY, 10035. Mr. Franklin Mendez was tasked to be on time for this appointment and come dressed wearing clean and presentable clothing. Unfortunately, the client failed to be in attendance for the viewing. The client was provided notices from the housing services team about the appointment since 9/20/2024. As a result of Mr. Mendez being unable to keep to his appointment, it is imperative for the client to contact the housing team IMMEDIATELY at (212) 534 – 3866 Ext: 2437 and 646-975-2412 to reschedule.

| Last Modified: 09/18/2024 05:20 PM | | |
|---|---|---|
| Type: Housing Note | Method of Contact: Notice - Left | Created By: JURODRIGUEZ-CP |
| Date Created: 09/18/2024 05:20 PM | Event Date:  09/18/2024 | |
| Note History:<br>author<br>Julio Rodriguez<br>09/18/2024 17:20:59 PM<br>Client Franklin Mendez has been scheduled for a housing tour viewing on 9/20/2024 at 9:00 am to view a unit located at 22 East 119th Street, NY, NY 10035. Client Franklin Mendez is tasked to be on time for this appointment and come dressed wearing clean and presentable clothing. Should he be unable to keep this appointment for any reason he is urged to contact the housing team IMMEDIATELY at (212) 534 – 3866 Ext: 2437 to reschedule. | | |

| Last Modified: 09/14/2024 09:21 AM | | |
|---|---|---|



**Department of Homeless Services**

| Type: Progress Note | Method of Contact: In Person - Scheduled | Created By: KMALCOLM-CP |
|---|---|---|
| Date Created: 09/14/2024 09:21 AM | Event Date:  09/14/2024 | |

Note History:
author
Korey Malcolm
09/14/2024 09:21:16 AM
On 0/14/2024, CM Malcolm contacted Mr. Franklin Mendez to commence his scheduled-ILP review. The client gave verbal consent to attend the next scheduled meeting from the social service and housing team while residing temporarily at HELPSEC. The client is currently taking courses at John Jay College to pursue in obtaining a Bachelors' Degree.  The client reports that he has been keeping to himself and staying positive. Mr. Mendez has a newly updated CITYFHEPS shopping letter as it is valid until December 2024. CM Malcolm informed the client that the housing team is working on getting him Suitable permanent residence. CM Malcolm along with social services/housing staff will continue to assist the client with his housing plan until the client has suitable housing.  CM Malcolm reassured the client of his progress and appreciated the support throughout his service at HELPSEC. CM Malcolm and HS Thomas will continue to assist the client towards permanent housing. CM Malcolm utilized client-centered techniques along with motivational interviewing. The following services were addressed to complete Mr. Franklin Mendez's scheduled ILP review in room 183 with CM Malcolm.  The ILP form was read and explained thoroughly to Mr. Franklin Mendez. Mr. Mendez's application was successfully submitted to HRA/CAS  and a service request with ANTHROS being processed for potential permanent housing. The client stated that he is pleased with the progress he has been making and is waiting patiently until he exits the shelter towards permanent housing. Client is housing ready. Social service dorm inspection was conducted by CMS Masondo due to absence of assigned case worker on 9/12/2024. The client's room was in great condition. Mr. Mendez is tasked to Maintain a clean, uncluttered and hazard-free bed while residing at the shelter. Assigned Case worker will thoroughly inspect client's unit to determine if client has encouraged himself to practice environmental etiquette.



Social Service staff conducted a dorm inspection and list Mr. Mendez as compliant on 8/31/2024. The client's room was spotless and clean.

The following services were addressed to complete Mr. Mendez's ILP review with CM Malcolm.

LEGAL SERVICES:  Client is to attend appointments with Probation Officer, identify legal needs and Inform caseworker of any legal problems that occur which may present a barrier to independent living.

Entitlements/Benefits: Mr. Mendez is tasked to apply for benefits /entitlement and attend appointments as scheduled. The client reports that his PA case was closed. The client has a recent/valid copy of his award letter.

Rehousing Strategy: Mr. Mendez is housing ready. The client has an active CITYFheps housing voucher ( exp on 8/28/2024). The client is tasked to work jointly with social services and housing staff while residing at the shelter.

RULES AND REGULATIONS: The client is to adhere to all shelter rules and regulations, including but not limited to the client code of conduct, the client acknowledgment of responsibility form, and adhering to the curfew mandates by signing for his assigned bed nightly at 11:00pm. You must exit sleeping quarters, dorm area by 8:00am Monday-Friday and when asked by staff. Smoking inside the facility is prohibited. The client must practice a clean and sober program.

HEALTH AND SAFETY: The client is tasked to Maintain a clean, uncluttered and hazard-free bed while residing at the shelter. Assigned Case worker will thoroughly inspect client's unit to determine if client has encouraged himself to practice environmental etiquette. A dorm inspection was conducted to determine the condition of Mr. Mendez's dorm area. The client room was in pristine condition. The client was reminded of the importance of keeping his room area clean. It is imperative for the safety and well-being of all individuals at HELPSEC shelter that everyone follows the rules in place. By issuing notices to those who are not complying, social services hope to reinforce the importance of respecting the guidelines and creating a safe environment for all.



**Department of Homeless Services**

EMPLOYMENT: The client reports that he is unable to work due to his blindness/medical perturbations.

HOUSING: Client is tasked with the housing specialist and attends all scheduled tours. The client is considered compliant and gave verbal consent to meet with HS Thomas for potential housing opportunities. The client is tasked to meet with HS Thomas.

MEDICAL: Client is tasked to maintain health benefits i.e. Medicaid; attend all required appointments with providers, medications. The client provided a copy of his medical evaluation and psych-evaluation punctually to CW Malcolm.

MEETINGS: Client is tasked to attend all scheduled meetings and notify caseworker Malcolm when unable to keep a scheduled appointment. Mr. Mendez is scheduled to meet with assigned CM Malcolm on 9/28/2024. The client is compliant and continues to adhere to all rules and regulations while residing at HELPSEC.

| Last Modified: 08/31/2024 10:33 AM | | |
|---|---|---|
| Type: Progress Note | Method of Contact: Call with Client | Created By: KMALCOLM-CP |
| Date Created: 08/31/2024 10:33 AM | Event Date:  08/31/2024 | |

Note History:
author
Korey Malcolm
08/31/2024 10:33:12 AM
On 8/31/2024, CM Malcolm contacted Mr. Franklin Mendez to commence his scheduled-ILP review. The client was polite, attentive and engaged throughout his appointment with case worker Malcolm. The client stated that he was pleased to hear from his assigned case worker.CM Malcolm notified the client to reach out to HS Thomas today for his housing meeting. The client gave verbal consent to attend the next scheduled meeting from the social service and housing team while residing



**Department of Homeless Services**

temporarily at HELPSEC. The client is currently taking courses at John Jay College to pursue in obtaining a Bachelors' Degree.  The client reports that he has been keeping to himself and staying positive. Mr. Mendez has a newly updated CITYFHEPS shopping letter for August 2024. CM Malcolm informed the client that the housing team is working on getting him Suitable permanent residence. CM Malcolm along with social services/housing staff will continue to assist the client with his housing plan until the client has suitable housing.  CM Malcolm reassured the client of his progress and appreciated the support throughout his service at HELPSEC. CM Malcolm and HS Thomas will continue to assist the client towards permanent housing. CM Malcolm utilized client-centered techniques along with motivational interviewing. The following services were addressed to complete Mr. Franklin Mendez's scheduled ILP review in room 183 with CM Malcolm.  The ILP form was read and explained thoroughly to Mr. Franklin Mendez. Mr. Mendez's application was successfully submitted to HRA/CAS  and a service request with ANTHROS being processed for potential permanent housing.  CM Malcolm updated to Mr. Mendez that his Cityfheps housing voucher was renewed recently as it expires until 12/8/2024. The client stated that he is pleased with the progress he has been making and is waiting patiently until he exits the shelter towards permanent housing.


Social Service staff conducted a dorm inspection and list Mr. Mendez as compliant on 8/31/2024. The client's room was spotless and clean.

The following services were addressed to complete Mr. Mendez's ILP review with CM Malcolm.

LEGAL SERVICES:  Client is to attend appointments with Probation Officer, identify legal needs and Inform caseworker of any legal problems that occur which may present a barrier to independent living.

Entitlements/Benefits: Mr. Mendez is tasked to apply for benefits /entitlement and attend appointments as scheduled. The client reports that his PA case was closed. The client has a recent/valid copy of his award letter.

Rehousing Strategy: Mr. Mendez is housing ready. The client has an active CITYFheps housing voucher ( exp on 8/28/2024). The client is tasked to work jointly with social services and housing staff while residing at the shelter.



**RULES AND REGULATIONS:** The client is to adhere to all shelter rules and regulations, including but not limited to the client code of conduct, the client acknowledgment of responsibility form, and adhering to the curfew mandates by signing for his assigned bed nightly at 11:00pm. You must exit sleeping quarters, dorm area by 8:00am Monday-Friday and when asked by staff. Smoking inside the facility is prohibited. The client must practice a clean and sober program.

**HEALTH AND SAFETY:** The client is tasked to Maintain a clean, uncluttered and hazard-free bed while residing at the shelter. Assigned Case worker will thoroughly inspect client's unit to determine if client has encouraged himself to practice environmental etiquette. A dorm inspection was conducted to determine the condition of Mr. Mendez's dorm area. The client room was in pristine condition. The client was reminded of the importance of keeping his room area clean. It is imperative for the safety and well-being of all individuals at HELPSEC shelter that everyone follows the rules in place. By issuing notices to those who are not complying, social services hope to reinforce the importance of respecting the guidelines and creating a safe environment for all.

**EMPLOYMENT:** The client reports that he is unable to work due to his blindness/medical perturbations.

**HOUSING:** Client is tasked with the housing specialist and attends all scheduled tours. The client is considered compliant and gave verbal consent to meet with HS Thomas for potential housing opportunities. The client is tasked to meet with HS Thomas.

**MEDICAL:** Client is tasked to maintain health benefits i.e. Medicaid; attend all required appointments with providers, medications. The client provided a copy of his medical evaluation and psych-evaluation punctually to CW Malcolm.

**MEETINGS:** Client is tasked to attend all scheduled meetings and notify caseworker Malcolm when unable to keep a scheduled appointment. Mr. Mendez is scheduled to meet with assigned CM Malcolm on 9/14/2024. The client is compliant and continues to adhere to all rules and regulations while residing at HELPSEC.



| Last Modified: 08/22/2024 04:21 PM | | |
|---|---|---|
| Type: Unit Inspection | Method of Contact: Other | Created By: KMALCOLM-CP |
| Date Created: 08/22/2024 04:21 PM | Event Date:  08/22/2024 | |
| Note History:<br>author<br>Korey Malcolm<br>08/22/2024 16:21:06 PM<br>HelpSec's social service dorm inspection was conducted on 8/22/2024. CM Malcolm observed the client's room to be in excellent condition. The client is tasked to Maintain a clean, uncluttered and hazard-free bed while residing at the shelter. Assigned Case worker will thoroughly inspect client's unit to determine if client has encouraged himself to practice environmental etiquette. | | |

| Last Modified: 08/17/2024 09:10 AM | | |
|---|---|---|
| Type: Progress Note | Method of Contact: In Person - Scheduled | Created By: KMALCOLM-CP |
| Date Created: 08/17/2024 09:10 AM | Event Date:  08/17/2024 | |
| Note History:<br>author<br>Korey Malcolm<br>08/17/2024 09:10:20 AM<br>On 8/17/2024, CM Malcolm contacted Mr. Franklin Mendez to commence his walk-in-ILP review. The client was polite, attentive and engaged throughout his appointment with case worker Malcolm. The client stated that he was pleased to hear | | |



**Department of Homeless Services**

from his assigned case worker. CM Malcolm located the client who was by the bus stop; close to the facility. The client stated that he was planning to handle his errands for the weekend. CM Malcolm notified the client that his late plate will be submitted today for the following week. CM Malcolm notified the client to reach out to HS Thomas today for his housing meeting. The client gave verbal consent to attend the next scheduled meeting from the social service and housing team while residing temporarily at HELPSEC. The client is currently taking courses at John Jay College to pursue in obtaining a Bachelors' Degree.  The client reports that he has been keeping to himself and staying positive. Mr. Mendez has a newly updated CITYFHEPS shopping letter for August 2024. CM Malcolm informed the client that the housing team is working on getting him Suitable permanent residence. CM Malcolm along with social services/housing staff will continue to assist the client with his housing plan until the client has suitable housing.  CM Malcolm reassured the client of his progress and appreciated the support throughout his service at HELPSEC. CM Malcolm and HS Thomas will continue to assist the client towards permanent housing. CM Malcolm utilized client-centered techniques along with motivational interviewing. The following services were addressed to complete Mr. Franklin Mendez's scheduled ILP review in room 183 with CM Malcolm.  The ILP form was read and explained thoroughly to Mr. Franklin Mendez. Mr. Mendez's application was successfully submitted to HRA/CAS  and a service request with ANTHROS being processed for potential permanent housing.  The client will be notified once HRA completes the review and sends the outcome. The client's Anthro's Housing referral is also being processed by Tenant Coordination associate Mr. Hudson Hooton.

Social Service staff conducted a dorm inspection and list Mr. Mendez as compliant. The client's room was spotless and clean.

The following services were addressed to complete Mr. Mendez's Walk-In ILP review with CM Malcolm.

LEGAL SERVICES:  Client is to attend appointments with Probation Officer, identify legal needs and Inform caseworker of any legal problems that occur which may present a barrier to independent living.

Entitlements/Benefits: Mr. Mendez is tasked to apply for benefits /entitlement and attend appointments as scheduled. The client reports that his PA case was closed. The client has a recent/valid copy of his award letter.



**Department of
Homeless Services**

Rehousing Strategy: Mr. Mendez is housing ready. The client has an active CITYFheps housing voucher ( exp on 8/28/2024). The client is tasked to work jointly with social services and housing staff while residing at the shelter.

RULES AND REGULATIONS: The client is to adhere to all shelter rules and regulations, including but not limited to the client code of conduct, the client acknowledgment of responsibility form, and adhering to the curfew mandates by signing for his assigned bed nightly at 11:00pm. You must exit sleeping quarters, dorm area by 8:00am Monday-Friday and when asked by staff. Smoking inside the facility is prohibited. The client must practice a clean and sober program.

HEALTH AND SAFETY: The client is tasked to Maintain a clean, uncluttered and hazard-free bed while residing at the shelter. Assigned Case worker will thoroughly inspect client's unit to determine if client has encouraged himself to practice environmental etiquette. A dorm inspection was conducted to determine the condition of Mr. Mendez's dorm area. The client room was in pristine condition. The client was reminded of the importance of keeping his room area clean. It is imperative for the safety and well-being of all individuals at HELPSEC shelter that everyone follows the rules in place. By issuing notices to those who are not complying, social services hope to reinforce the importance of respecting the guidelines and creating a safe environment for all.

EMPLOYMENT: The client reports that he is unable to work due to his blindness/medical perturbations.

HOUSING: Client is tasked with the housing specialist and attends all scheduled tours. The client is considered compliant and gave verbal consent to meet with HS Thomas for potential housing opportunities. The client is tasked to meet with HS Thomas.

MEDICAL: Client is tasked to maintain health benefits i.e. Medicaid; attend all required appointments with providers, medications. The client provided a copy of his medical evaluation and psych-evaluation punctually to CW Malcolm.



**Department of Homeless Services**

MEETINGS: Client is tasked to attend all scheduled meetings and notify caseworker Malcolm when unable to keep a scheduled appointment. Mr. Mendez is scheduled to meet with assigned CM Malcolm on 8/31/2024. The client is compliant and continues to adhere to all rules and regulations while residing at HELPSEC.

| Last Modified: 08/01/2024 12:16 PM | | |
| --- | --- | --- |
| Type: Progress Note | Method of Contact: In Person - Walk In | Created By: KMALCOLM-CP |
| Date Created: 08/01/2024 12:16 PM | Event Date:  08/01/2024 | |

Note History:
author
Korey Malcolm
08/01/2024 12:16:20 PM
On 8/1/2024, CM Malcolm contacted Mr. Franklin Mendez to commence his walk-in-ILP review. The client was polite, attentive and engaged throughout his appointment with case worker Malcolm. The client stated that he was pleased to hear from his assigned case worker. CM Malcolm notified the client to reach out to HS Thomas next week for his housing meeting. The client gave verbal consent to attend the next scheduled meeting from the social service and housing team while residing temporarily at HELPSEC. The client is currently taking courses at John Jay College to pursue in obtaining a Bachelors' Degree.  The client reports that he has been keeping to himself and staying positive. Mr. Mendez has already been notified of his CITYFHEPS shopping letter being approved two weeks ago. CM Malcolm informed the client that the housing team is working on getting him Suitable permanent residence. CM Malcolm along with social services/housing staff will continue to assist the client with his housing plan until the client has suitable housing.  CM Malcolm reassured the client of his progress and appreciated the support throughout his service at HELPSEC. CM Malcolm and HS Thomas will continue to assist the client towards permanent housing. CM Malcolm utilized client-centered techniques along with motivational interviewing. The following services were addressed to complete Mr. Franklin Mendez's scheduled ILP review in room 183 with CM Malcolm.  The ILP form was read and explained thoroughly to Mr. Franklin Mendez. Mr. Franklin Mendez provided an updated



psychiatric evaluation which was dated 6/13/2024. The updated psychiatric evaluation was uploaded to CAPS, and the 2010E (Supportive Housing Application) was resubmitted for further review and approval. Also,  A transmission status specifies that Mr. Mendez's application was successfully submitted to HRA/CAS  and a service request with ANTHROS.  The client will be notified once HRA completes the review and sends the outcome. The client's Anthro's Housing referral is also being processed by Tenant Coordination associate Mr. Hudson Hooton.

Social Service staff conducted a dorm inspection and list Mr. Mendez as compliant. The client's room was spotless and clean.

The following services were addressed to complete Mr. Mendez's Walk-In ILP review with CM Malcolm.

LEGAL SERVICES:  Client is to attend appointments with Probation Officer, identify legal needs and Inform caseworker of any legal problems that occur which may present a barrier to independent living.

Entitlements/Benefits: Mr. Mendez is tasked to apply for benefits /entitlement and attend appointments as scheduled. The client reports that his PA case was closed. The client has a recent/valid copy of his award letter.

Rehousing Strategy: Mr. Mendez is housing ready. The client has an active CITYFheps housing voucher ( exp on 8/28/2024). The client is tasked to work jointly with social services and housing staff while residing at the shelter.

RULES AND REGULATIONS: The client is to adhere to all shelter rules and regulations, including but not limited to the client code of conduct, the client acknowledgment of responsibility form, and adhering to the curfew mandates by signing for his assigned bed nightly at 11:00pm. You must exit sleeping quarters, dorm area by 8:00am Monday-Friday and when asked by staff. Smoking inside the facility is prohibited. The client must practice a clean and sober program.

HEALTH AND SAFETY: The client is tasked to Maintain a clean, uncluttered and hazard-free bed while residing at the shelter. Assigned Case worker will thoroughly inspect client's unit to determine if client has encouraged himself to practice environmental etiquette. A dorm inspection was conducted to determine the condition of Mr. Mendez's dorm area. The client



**Department of Homeless Services**

room was in pristine condition. The client was reminded of the importance of keeping his room area clean. It is imperative for the safety and well-being of all individuals at HELPSEC shelter that everyone follows the rules in place. By issuing notices to those who are not complying, social services hope to reinforce the importance of respecting the guidelines and creating a safe environment for all.

EMPLOYMENT: The client reports that he is unable to work due to his blindness/medical perturbations.

HOUSING: Client is tasked with the housing specialist and attends all scheduled tours. The client is considered compliant and gave verbal consent to meet with HS Thomas for potential housing opportunities. The client is tasked to meet with HS Thomas.

MEDICAL: Client is tasked to maintain health benefits i.e. Medicaid; attend all required appointments with providers, medications. The client provided a copy of his medical evaluation and psych-evaluation punctually to CW Malcolm.

MEETINGS: Client is tasked to attend all scheduled meetings and notify caseworker Malcolm when unable to keep a scheduled appointment. Mr. Mendez is scheduled to meet with assigned CM Malcolm on 8/17/2024. The client is compliant and continues to adhere to all rules and regulations while residing at HELPSEC.

| | | |
|---|---|---|
| Last Modified: 07/25/2024 12:04 PM | | |
| Type: Supervisory Review | Method of Contact: Other | Created By: ACKEEMDIX-CP |
| Date Created: 07/25/2024 12:04 PM | Event Date: 07/25/2024 | |
| Note History:<br>author<br>Ackeem Dixon | | |


**Department of Homeless Services**

| 07/25/2024 12:04:58 PM |
|---|
| The client provided an updated psychiatric evaluation which was dated 6/13/2024. The updated psychiatric evaluation was uploaded to CAPS, and the 2010E (Supportive Housing Application) was resubmitted for further review and approval. The client will be notified once HRA completes the review and sends the outcome. |

| Last Modified: 07/19/2024 09:28 AM | | |
|---|---|---|
| Type: Progress Note | Method of Contact: In Person - Walk In | Created By: KMALCOLM-CP |
| Date Created: 07/19/2024 09:28 AM | Event Date:  07/19/2024 | |
| Note History: author Korey Malcolm 07/19/2024 09:28:23 AM On 7/19/2024, CM Malcolm contacted Mr. Franklin Mendez to commence his scheduled-ILP review. The client was polite, attentive and engaged throughout his appointment with case worker Malcolm. The client stated that he was pleased to hear from his assigned case worker. The client reports that he feels slightly frustrated. The client stated that he plans to head outside to handle errands soon. CM Malcolm notified the client to reach out to HS Thomas next week for his housing meeting. The client gave verbal consent to attend the next scheduled meeting from the social service and housing team while residing temporarily at HELPSEC. The client is currently taking courses at John Jay College to pursue in obtaining a Bachelors' Degree.  The client reports that he has been keeping to himself and staying positive. Mr. Mendez has already been notified of his CITYFHEPS shopping letter being approved two weeks ago. CM Malcolm informed the client that the housing team is working on getting him Suitable permanent residence. CM Malcolm along with social services/housing staff will continue to assist the client with his housing plan until the client has suitable housing.  CM Malcolm reassured the client of his progress and appreciated the support throughout his service at HELPSEC. CM Malcolm and HS Thomas will continue to assist the client towards permanent housing.   CM Malcolm utilized client-centered techniques along with motivational interviewing. | | |



**Department of Homeless Services**

The following services were addressed to complete Mr. Franklin Mendez's scheduled ILP review in room 183 with CM Malcolm.  The ILP form was read and explained thoroughly to Mr. Franklin Mendez. Yesterday, on 7/18/2024 at 4:30pm, HD Boateng and DSS Dixon notified assigned case worker Malcolm regarding Mr. Franklin Mendez's housing progress. HD informed CM Malcolm that the client has an outdated psychiatric evaluation. HD Boateng explained that Mr. Franklin Mendez's psychiatric evaluation must be completed by a practitioner on the list of approved professionals with a stamped signed Identification number. The psychiatric evaluation must be dated within the last 180 days, on agency letterhead, included with the practitioner's electronic signature or name and license number. HD Ms. Boateng, informed CM, Mr. Malcolm that Mr. Mendez will be contacted by the supervisor of Susan Miller, Mr. Steven Reinhardt, LCSW from Lighthouse Guild (Contact# 212-769-6249) today on 7/19/2024. Mr. Reinhardt requests to meet with Mr. Mendez on the scheduled date of Thursday, 7/25/2024. The scheduled appointment will allow Mr. Mendez to receive the completed psychiatric evaluation, which was dated 8/29/2023. Mr. Mendez's psychosocial was dated 6/13/2024. However, according to their system it was dated 1/13/2024. The client's Anthro's Housing referral is also being processed by Tenant Coordination associate Mr. Hudson Hooton.
Social Service staff conducted a dorm inspection and list Mr. Mendez as compliant. The client's room was spotless and clean.

The following services were addressed to complete Mr. Mendez's Walk-In ILP review with CM Malcolm.

LEGAL SERVICES:  Client is to attend appointments with Probation Officer, identify legal needs and Inform caseworker of any legal problems that occur which may present a barrier to independent living.

Entitlements/Benefits: Mr. Mendez is tasked to apply for benefits /entitlement and attend appointments as scheduled. The client reports that his PA case was closed. The client has a recent/valid copy of his award letter.

Rehousing Strategy: Mr. Mendez is housing ready. The client has an active CITYFheps housing voucher ( exp on 8/28/2024). The client is tasked to work jointly with social services and housing staff while residing at the shelter.



**Department of
Homeless Services**

RULES AND REGULATIONS: The client is to adhere to all shelter rules and regulations, including but not limited to the client code of conduct, the client acknowledgment of responsibility form, and adhering to the curfew mandates by signing for his assigned bed nightly at 11:00pm. You must exit sleeping quarters, dorm area by 8:00am Monday-Friday and when asked by staff. Smoking inside the facility is prohibited. The client must practice a clean and sober program.

HEALTH AND SAFETY: The client is tasked to Maintain a clean, uncluttered and hazard-free bed while residing at the shelter. Assigned Case worker will thoroughly inspect client's unit to determine if client has encouraged himself to practice environmental etiquette. A dorm inspection was conducted to determine the condition of Mr. Mendez's dorm area. The client room was in pristine condition. The client was reminded of the importance of keeping his room area clean. It is imperative for the safety and well-being of all individuals at HELPSEC shelter that everyone follows the rules in place. By issuing notices to those who are not complying, social services hope to reinforce the importance of respecting the guidelines and creating a safe environment for all.

EMPLOYMENT: The client reports that he is unable to work due to his blindness/medical perturbations.

HOUSING: Client is tasked with the housing specialist and attends all scheduled tours. The client is considered compliant and gave verbal consent to meet with HS Thomas for potential housing opportunities. The client is tasked to meet with HS Thomas this week Tuesday on 7/9/2024.

MEDICAL: Client is tasked to maintain health benefits i.e. Medicaid; attend all required appointments with providers, medications. The client provided a copy of his medical evaluation and psych-evaluation punctually to CW Malcolm.

MEETINGS: Client is tasked to attend all scheduled meetings and notify caseworker Malcolm when unable to keep a scheduled appointment. Mr. Mendez is scheduled to meet with assigned CM Malcolm on 8/3/2024. The client is compliant and continues to adhere to all rules and regulations while residing at HELPSEC.



**Department of Homeless Services**

| Last Modified: 07/18/2024 05:41 PM | | |
|---|---|---|
| Type: Progress Note | Method of Contact: Other | Created By: KMALCOLM-CP |
| Date Created: 07/18/2024 05:41 PM | Event Date:  07/18/2024 | |
| Note History:<br>author<br>Korey Malcolm<br>07/18/2024 17:41:22 PM<br>On 7/18/2024 at 4:30pm, HD Boateng and DSS Dixon notified assigned case worker Malcolm regarding Mr. Franklin Mendez's housing progress.  HD informed CM Malcolm that the client has an outdated psychiatric evaluation. HD Boateng explained that Mr. Franklin Mendez's psychiatric evaluation must be completed by a practitioner on the list of approved professionals with a stamped signed Identification number. The psychiatric evaluation must be dated within the last 180 days, on agency letterhead, included with the practitioner's electronic signature or name and license number. HD Ms. Boateng, informed CM, Mr. Malcolm that Mr. Mendez will be contacted by the supervisor of Susan Miller, Mr. Steven Reinhardt, LCSW from Lighthouse Guild (Contact# 212-769-6249) tomorrow morning on 7/19/2024. Mr. Reinhardt requests to meet with Mr. Mendez on the scheduled date of Thursday, 7/25/2024. The scheduled appointment will allow Mr. Mendez to receive the completed psychiatric evaluation, which was dated 8/29/2023. Mr. Mendez's psychosocial was dated 6/13/2024. However, according to their system it was dated 1/13/2024. ||| |

| Last Modified: 07/18/2024 04:08 PM | | |
|---|---|---|
| Type: Supervisory Review | Method of Contact: In Person - Walk In | Created By: ACKEEMDIX-CP |
| Date Created: 07/18/2024 04:08 PM | Event Date:  07/18/2024 | |
| Note History:<br>author ||| |


**Department of Homeless Services**

Ackeem Dixon
07/18/2024 16:08:15 PM
FRANKLIN MENDEZ requested to meet with someone regarding his Supportive housing. DSS Dixon met with the client and printed the determination letter from CAPS, which stated below:

" Unable to Complete Review: The application requires additional information to determine eligibility for the following reason(s): Outdated Document: Psychiatric Evaluation The psychiatric evaluation is outdated. Please submit a psychiatric evaluation completed by a practitioner on the list of approved professionals. The psychiatric evaluation must be dated within the last 180 days, on agency letterhead, include the practitioner's electronic signature or name and license number. "

DSS Dixon read the determination outcome to the client. However, the client was very emotional and refused to accept the outcome. DSS Dixon sympathizes with the client's emotional outburst and frustration; however, still remain client he has to present in a respectful manner. The client apologized; however, he continued his emotional outburst while DSS Dixon tried to explain the outcome along with the corrective plan to get the application approved.  The client requested DSS Dixon to provide the determination letter to HD Boateng and appeared and was handed the letter. The client did not want to hear HD Boateng and stated he was going to his room.

| Last Modified: 07/18/2024 09:38 AM | | |
|---|---|---|
| Type: Progress Note | Method of Contact: Other | Created By: KMALCOLM-CP |
| Date Created: 07/18/2024 09:38 AM | Event Date:  07/16/2024 | |

Note History:
author
Korey Malcolm
07/18/2024 09:38:05 AM



**Department of
Homeless Services**

On July 16th, 2024 at approximately 9:15am, CM Malcolm escorted Mr. Franklin Mendez to the conference room. Housing specialist Thomas, ED Oniwinde and HD Boateng were present in the conference room with the client. The client was greeted by each of the social services staff before commencing the meeting. Mr. Mendez stated that he would like to discuss his heightened regards pertaining his housing progress. The client stated that HD Boateng did not send a specific housing document (2010E document) to allow further updates of seeking supportive housing. Both HD Boateng along with additional social service staff expressed the client's frustration as HE wanted answers if his housing track is moving in the right path. Mr. Mendez has an active PA case along with an active Cityfheps housing voucher. HD Boateng provided ample information along with confirmation that she has been assisting Mr. Mendez's case with ample care. HD Boateng discussed that she followed-up on a referral with the Tenant Coordination team for Anthros supportive housing. HD Boateng also provided details of her submitting the 2010 E document and notified the client that it is being processed. The client understood what was conversed and appreciated the assistance he has been receiving during the conference meeting.

| Last Modified: 07/15/2024 04:07 PM | | |
|---|---|---|
| Type: Housing Note | Method of Contact: Other | Created By: JURODRIGUEZ-CP |
| Date Created: 07/15/2024 04:07 PM | Event Date:  07/15/2024 | |
| Note History:<br>author<br>Julio Rodriguez<br>07/15/2024 16:07:38 PM<br>On 7/15/2024, HD Ms. Boateng received an email notification from Ms. Elsa Rose from the ANTHOS HOME supportive housing program confirming that the supportive housing referral was received from HD Ms. Boateng referring client Franklin Mendez to the ANTHOS HOME program. Ms. Elsa Rose stated that a staff member from the ANTHOS HOME program will directly contact client Franklin Mendez regarding his supportive housing interview appointment. | | |


**Department of Homeless Services**

| Last Modified: 07/06/2024 11:28 AM | | |
|---|---|---|
| Type: Progress Note | Method of Contact: In Person - Scheduled | Created By: KMALCOLM-CP |
| Date Created: 07/06/2024 11:28 AM | Event Date:  07/06/2024 | |

Note History:
author
Korey Malcolm
07/06/2024 11:28:54 AM
On 7/6/2024, CM Malcolm contacted Mr. Franklin Mendez to commence his scheduled-ILP review. The client was polite, attentive and engaged throughout his appointment with case worker Malcolm. The client stated that he was pleased to hear from his assigned case worker. The client reports no further changes at this time.CM Malcolm was accompanied by SM Barrett to locate the client in his dorm area. The client reports that he is having a productive day. The client stated that he plans to head outside to handle errands. CM Malcolm notified the client to reach out to HS Thomas next week for his housing meeting. The client gave verbal consent to attend the next scheduled meeting from social service and housing team while residing temporarily at HELPSEC. The client is currently taking courses at John Jay College to pursue in obtaining a Bachelors' Degree.  The client reports that he has been keeping to himself and staying positive. The client reports no additional accommodations or concerns. Mr. Mendez was already notified of his recent CITYFHEPS shopping letter being approved two weeks ago. CM Malcolm informed the client that the housing team is working on getting him Suitable permanent residence. CM Malcolm along with social services/housing staff will continue to assist the client with his housing plan until the client has suitable housing.  CM Malcolm reassured the client of his progress and appreciated the support throughout his service at HELPSEC. CM Malcolm and HS Thomas will continue to assist the client towards permanent housing.   CM Malcolm utilized client-centered techniques along with motivational interviewing. The following services were addressed to complete Mr. Franklin Mendez's scheduled ILP review in room 183 with CM Malcolm.  The ILP form was read and explained thoroughly to Mr. Franklin Mendez. The client was respectful and gave verbal consent to attend the next biweekly meeting with assigned case worker on 7/20/2024.



**Department of
Homeless Services**

Social Service staff conducted a dorm inspection and list Mr. Mendez as compliant. The client's room was spotless and clean.

LEGAL SERVICES:  Client is to attend appointments with Probation Officer, identify legal needs and Inform caseworker of any legal problems that occur which may present a barrier to independent living.

Entitlements/Benefits: Mr. Mendez is tasked to apply for benefits /entitlement and attend appointments as scheduled. The client reports that his PA case was closed. The client has a recent/valid copy of his award letter.

Rehousing Strategy: Mr. Mendez is housing ready. The client has an active CITYFheps housing voucher ( exp on 8/28/2024). The client is tasked to work jointly with social services and housing staff while residing at the shelter.

RULES AND REGULATIONS: The client is to adhere to all shelter rules and regulations, including but not limited to the client code of conduct, the client acknowledgment of responsibility form, and adhering to the curfew mandates by signing for his assigned bed nightly at 11:00pm. You must exit sleeping quarters, dorm area by 8:00am Monday-Friday and when asked by staff. Smoking inside the facility is prohibited. The client must practice a clean and sober program.

HEALTH AND SAFETY: The client is tasked to Maintain a clean, uncluttered and hazard-free bed while residing at the shelter. Assigned Case worker will thoroughly inspect client's unit to determine if client has encouraged himself to practice environmental etiquette. A dorm inspection was conducted to determine the condition of Mr. Mendez's dorm area. The client room was in pristine condition. The client was reminded of the importance of keeping his room area clean. It is imperative for the safety and well-being of all individuals at HELPSEC shelter that everyone follows the rules in place. By issuing notices to those who are not complying, social services hope to reinforce the importance of respecting the guidelines and creating a safe environment for all.

EMPLOYMENT: The client reports that he is unable to work due to his blindness/medical perturbations.



**Department of Homeless Services**

HOUSING: Client is tasked with the housing specialist and attends all scheduled tours. The client is considered compliant and gave verbal consent to meet with HS Thomas for potential housing opportunities. The client is tasked to meet with HS Thomas this week Tuesday on 7/9/2024.

MEDICAL: Client is tasked to maintain health benefits i.e. Medicaid; attend all required appointments with providers, medications. The client provided a copy of his medical evaluation and psych-evaluation punctually to assigned CW Malcolm.

MEETINGS: Client is tasked to attend all scheduled meetings and notify caseworker Malcolm when unable to keep a scheduled appointment. Mr. Mendez is scheduled to meet with assigned CM Malcolm on 7/20/2024. The client is compliant and continues to adhere to all rules and regulations while residing at HELPSEC.

| Last Modified: 06/29/2024 12:14 PM | | |
|---|---|---|
| Type: ILP No-Show Note | Method of Contact: Other | Created By: MMASONDO-CP |
| Date Created: 06/29/2024 12:14 PM | Event Date:  06/29/2024 | |

Note History:
author
Mabel Masondo
06/29/2024 12:14:30 PM
Case manager was not able to meet with Mr. Franklin Mendez for his ILP Review on this day 6/29/2024. Client will be rescheduled to meet with his assigned case manager on 7/6/2024.

RULES AND REGULATIONS; The client is to adhere to all the rules and regulations as mandated by the facility, these include, but not limited to the client code of Conduct, the client acknowledgment of responsibility form, and adhering to the curfew mandates by signing for his assigned bed nightly at 11:00