UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANKLIN MENDEZ,

              Plaintiff,

– *against* –

MOLLY WASLOW PARK, COMMISSIONER OF NEW YORK CITY DEPARTMENT OF SOCIAL SERVICES, *and* THE CITY OF NEW YORK,

              Defendants.

**ORDER**

24-cv-2486 (ER)

Ramos, D.J.:

      The hearing scheduled for today, February 18, 2025, at 10:30 a.m. is adjourned. The hearing is now scheduled for February 21, 2025 at 2:00 p.m. before the Honorable Edgardo Ramos in Courtroom 619 of the United States Courthouse, 40 Foley Square, New York, NY.

      It is SO ORDERED.

Dated:    February 18, 2025
            New York, New York

                                            Edgardo Ramos, U.S.D.J.