UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANKLIN MENDEZ,

               Plaintiff,

      – *against* –

MOLLY WASLOW PARK, COMMISSIONER OF NEW YORK CITY DEPARTMENT OF SOCIAL SERVICES, *and* THE CITY OF NEW YORK,

               Defendants.

**ORDER**

24-cv-2486 (ER)

Ramos, D.J.:

      For the reasons stated on the record at the February 21, 2025 hearing, Franklin Mendez is granted leave to file an amended complaint by April 9, 2025, and Defendants are directed to respond by May 9, 2025.  Since the Court has granted leave to file an amended complaint, the Defendants' motion to dismiss is moot.  The Clerk of Court is respectfully directed to terminate the motion, Document 35.

      It is SO ORDERED.

Dated:   February 21, 2025
            New York, New York

                                                              Edgardo Ramos, U.S.D.J.