UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANKLIN MENDEZ,<br><br>    Plaintiff,<br><br>  – *against* –<br><br>MOLLY WASLOW PARK, COMMISSIONER OF NEW YORK CITY DEPARTMENT OF SOCIAL SERVICES, *and* THE CITY OF NEW YORK,<br><br>    Defendants. | **ORDER**<br><br>24-cv-2486 (ER) |

Ramos, D.J.:

  Franklin Mendez filed a letter asking the Court to adjourn the deadline to file the second amended complaint from April 9, 2025 to May 15, 2025.  Doc. 62.  Mr. Mendez's request to adjourn the deadline to file the second amended complaint is granted.

  It is SO ORDERED.

Dated: March 27, 2025
    New York, New York

                           Edgardo Ramos, U.S.D.J.