UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANKLIN MENDEZ,

                Plaintiff,

– against –

MOLLY WASLOW PARK, ADOLFO CARRION JR., THE CITY OF NEW YORK, ADELEKE ONIWINDE, *and* HARRIET BOATENG,

                Defendants.

**ORDER**

24-cv-2486 (ER)

Ramos, D.J.:

    Franklin Mendez filed a notice to voluntarily dismiss the instant action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) on May 12, 2025. Doc. 64. On May 19, 2025, Molly Waslow Park, Adolfo Carrion Jr., and the City of New York filed a letter noting that they do not object to Mr. Mendez's voluntary dismissal of this action. Doc. 66.[1]

    Accordingly, Mr. Mendez's request to voluntarily dismiss the action is GRANTED. The Clerk of Court is respectfully directed to terminate the pending motion for reconsideration, Doc. 47, and close the case.

    It is SO ORDERED.

Dated:   May 20, 2025
            New York, New York

                                                  Edgardo Ramos, U.S.D.J.

---

[1] The amended complaint also includes defendants Adeleke Oniwinde and Harriet Boateng. Doc. 27. However, neither Oniwinde nor Boateng has filed an appearance on the docket.